IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN BRIGGS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY SHERIFF OFFICE AND GALLATIN COUNTY DETENTION CENTER; BRIAN GOOTKIN, Sheriff, in his official capacity; LIEUTENANT JASON JARRETT, as an individual and in his official capacity as jail administrator; SERGEANT NICHOLAS WALISOR, as an individual and in his official capacity as detention officer; CORPORAL DAVID LAUCHNOR, as an individual and in his official capacity as detention officer; JOHN DOES 1-8, as individuals and in their official capacities as detention officers,<br><br>　　　　　　Defendants. | CV 18-10-BU-BMM-JCL<br><br>ORDER |

Pursuant to the Stipulation of the above-named parties and good cause shown,

IT IS ORDERED as follows:

1.　　All of the currently named defendants are dismissed and in their place Gallatin County is substituted as the only defendant in this matter.

1

2. The Court caption in this case will read as follows:

Kevin Briggs,

    Plaintiff,

Vs.

Gallatin County and John Does 1-8,
as individuals and in their official
capacity as detention officers,

    Defendants.

3. The terms of the Stipulation dated August 31, 2018, are adopted as set forth by the parties.

4. The parties agree that the claims allege din Count 6 shall be dismissed without prejudice. Plaintiff shall be allowed to maned his Complaint, with regard to Count 6, by the date set forth in the Court's Scheduling Order. All other amendments must comply with Rule 15 of the Federal Rules of Civil Procedure.

DATED this 7th day of September, 2018.

                            _____
                            Jeremiah C. Lynch
                            United States Magistrate Judge