Daniel V. Biddulph
Ferguson Law Office, PLLC
PO Box 8359
Missoula, MT 59807
406-532-2664
FAX: 406-532-2663
dan@fergusonlawmt.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

BUTTON DIVISION

| | |
|---|---|
| KEVIN BRIGGS, | Case No.: 18-0010-BU-KLD |
| Plaintiff, | |
| vs. | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| GALLATIN COUNTY SHERIFF OFFICE AND GALLATIN COUNTY DETENTION CENTER; BRIAN GOOTKIN, SHERIFF IN HIS OFFICIAL CAPACITY; LIEUTENANT JASON JARRETT AS AN INDIVIDUAL AND IN HIS OFFICIAL CAPACITY AS JAIL ADMINISTRATOR; SERGEANT NICHOLAS WALISOR AS AN INDIVIDUAL AND IN HIS OFFICIAL CAPACITY AS DETENTION OFFICER; CORPORAL DAVID LAUCHNOR AS AN INDIVIDUAL AND IN HIS OFFICIAL CAPACITY AS DETENTION OFFICER; JOHN DOE(S) 1-8 AS INDIVIDUALS AND IN THEIR OFFICIAL CAPACITTY AS DETENTION OFFICERS, | |
| Defendant | |

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

Plaintiff Kevin Briggs, through his counsel of record, moves this Court for summary judgment on Plaintiff's claims pursuant to Federal Rule of Civil Procedure 56. A Brief in Support and Statement of Undisputed Facts have been filed contemporaneously with this motion. Plaintiff has contacted opposing counsel and they oppose this motion.

Dated this 3 of January, 2020,

*/s/ Daniel V. Biddulph*
Daniel V. Biddulph, Attorney for Plaintiff
Ferguson Law Office, PLLC

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 3, 2020 a copy of the foregoing document was served via court CM/ECF and mailed to the following persons:

> Calvin Stacey
> Alex Stacey
> Stacey, Funyak & Kautz
> PO Box 1139
> Billings MT 59103
> 406-259-4545
> cstacey@staceyfunyak.com
> astacey@staceyfunyak.com

    By: _/s/ Daniel V. Biddulph_
        Daniel V. Biddulph, Esq.
        Ferguson Law Office, PLLC
        Counsel for Plaintiff

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 3