IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN BRIGGS,<br><br>                Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY and JOHN DOES 1-8, as individuals and in their official capacities as detention officers,<br><br>                Defendants. | CV 18-10-BU-KLD<br><br>ORDER |

Defendant Gallatin County has filed an unopposed motion for a status conference. (Doc. 44.) Good cause appearing,

IT IS ORDERED that a telephonic status conference is scheduled for 2:30 p.m. on February 4, 2020. All counsel shall call 1-877-336-1839 at the designated time to participate in the conference. When prompted, enter the access code 7360693 followed by #.

DATED this 3rd day of February, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1