Calvin J. Stacey
STACEY & FUNYAK
100 North 27th Street
P.O. Box 1139
Billings, Montana 59103-1139
Phone: (406)259-4545
Fax: (406)259-4540
cstacey@staceyfunyak.com

ATTORNEYS FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

_____

| | | |
|---|---|---|
| KEVIN BRIGGS, | ) | CV 18-0010-BU-KLD |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S LIST OF** |
| v. | ) | **EXHIBITS IN SUPPORT** |
| | ) | **OF DEFENDANT'S** |
| GALLATIN COUNTY and | ) | **STATEMENT OF DISPUTED** |
| JOHN DOES 1-8, as | ) | **FACTS AND ADDITIONAL** |
| individuals and in their | ) | **FACTS IN OPPOSITION TO** |
| official capacity as detention | ) | **PLAINTIFF'S MOTION FOR** |
| officers, | ) | **SUMMARY JUDGMENT** |
| | ) | |
| Defendants. | | |

_____

## DEFENDANT'S LIST OF EXHIBITS

**Exhibit**      **Description**

A            Montana Supreme Court Decision in *State v. Briggs*

B            Confidential Criminal Justice Information, some of which are also identified as Deposition Exhibits. (See attached list).

1

| | |
|---|---|
| C | Personal Injury Psychological Evaluation Report dated April 16, 2019 prepared by Dr. Bowman Smelko. |
| D | Portions of the Deposition Transcript of Jason Jarrett. |
| E | Portions of the Deposition Transcript of David Lauchnor. |
| F | Portions of the Deposition Transcript of Nick Waliser. |
| G | Portions of the Deposition Transcript of Brian Taylor. |
| H | Portions of the Deposition Transcript of Brett Slyngstad. |
| I | Portions of the Deposition Transcript of Bowman Smelko. |
| J | Defendant's Responses to Plaintiff's Second Discovery Requests. |
| K | Portions of the Deposition Transcript of Kevin Briggs. |

**DATED** this 21st day of February, 2020.

STACEY & FUNYAK

By:   /s/ Calvin J. Stacey
Calvin J. Stacey
Attorneys for Defendant

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of February, 2020, a true and correct copy of the foregoing ***Defendant's List of Exhibits in Support of Defendant's Statement of Undisputed Facts and Additional Facts in Opposition to Plaintiff's Motion for Summary Judgment*** was served upon the following person(s) by the following means:

<u> 1,2 </u> CM/ECF
<u>   </u> Hand Delivery
<u>   </u> Mail
<u>   </u> Email

1. Clerk of United States District Court
   For the District of Montana
   Butte Division

2. Daniel V. Biddulph
   Ferguson Law Office, PLLC
   P.O. Box 8359
   Missoula, Montana 59807

STACEY & FUNYAK

By:   /s/ Calvin J. Stacey
      Calvin J. Stacey
      Attorneys for Defendant