

MONTANA DEPARTMENT OF CORRECTIONS
ADULT PROBATION & PAROLE

## NOTIFICATION AND PLACEMENT WARRANT

Date: 01/20/2016     Completed by Probation/Parole Officer: Levi Knott

Offender Name: Kevin Anthony BRIGGS     Alias:

DOC ID #: 2060493     DOB: 01/17/1986     Last 4 # of SSN: 0940     Cause No(s).: DC-14-71AX

County Jail: Gallatin

County of Sentence: Gallatin     Sentence Date(s): 01/19/2016

Term of Sentence: Count 1: MSP 20 years, Count 2: GCDC 6 months, Count 3: MSP 10 years, Count 4: GCDC 6 months, Count 5: MSP 5 years, Counts 1, 3 & 5 consecutively, Counts 2 & 4 consecutively to each other and concurrent with counts 1, 3 & 5, credit for 698 days previously served, Additional terms: defendant ineligible for parole and participation in the supervised release program while serving 20 years of the above imprisonment.

Sentencing Judge: Honorable Mike Salvagni

Crimes(s): Count 1: Aggravated Assault (F), Count 2: Sexual Assault (M), Count 3: Assault on a Peace Officer (F), Count 4: Escape (M), Count 5: Criminal Possession of Dangerous Drugs (F), Counts 1,3 & 5 consecutively, Counts 2 & 4 consecutively to each other and concurrent with counts 1, 3 & 5, credit for 698 days previously served, Additional terms: defendant ineligible for parole and participation in the supervised release program while serving 20 years of the above imprisonment.

Sentenced To:
☒ MSP ☐ MWP ☐ DOC

Parole Expiration Date (if applicable)    / /

☐ Has consecutive sentence not currently serving. If so, Cause No.:

### INCARCERATION TYPE:

☒ New Sentence
☐ PPD Hold – Jail
☐ START
☐ ISP Violator

☐ Facility Violator
☐ Parole Violator (PV)
☐ Conditional Release Violator

☐ Revoked Deferred Sentence (Probation Violation)
☐ Revoked Suspended Sentence (Probation Violation)
☐ Other: _____

### FOR DOC COMMITMENTS ONLY

Referred to:
☐ PRC:
    ☐ Accepted at:
☐ Conditional Release to:

☐ Treatment:

☐ MASC/ASRC     ☐ Other:

### OFFENDER PLACEMENT WARRANT

This offender has been screened by the DOC and has been placed in: _____ (Facility) as a _____ (if applicable)

This order authorizes the     Gallatin County Jail     to:

☐ Release the above-named individual to authorized personnel only on: / / (Date of Release)
☒ Transport the above-named individual to     MSP (Facility)     at the earliest possible date.

☐ _____ County Detention Facility pending screening and placement on/at: (Please check one of the options listed below.)
    ☐ Cond.Rel. ☐ ISP ☐ Prerelease ☐ TSCTC ☐ CCP ☐ WATCh ☐ Passages ADT ☐ Elkhorn ☐ Nexus ☐ Other: _____
    Date entered : / /     If Sanction, date sanction complete (include jail time if applicable): / /
    Reporting Instr.:
☐ Other Detention: _____

**\*\*All paperwork must travel with the offender to the placement facility.\*\* \*\*For offenders receiving a court sentence, do not transport without a certified copy of the commitment orders from the Clerk of Court or the Verification of Commitment from Probation & Parole.\*\***

Reasons for Placement Decision and Comments (Must include all pertinent information such as current circumstances; medical; mental health; screenings completed; STG; travel; and specific release instructions if applicable): Briggs has been sentenced to MSP by Judge Salvagni. Lewis and Clark County Detention Center does not want him in their facility and plan on doing things via VisionNet if necessary. Lewis and Clark County Attorney is going to be dismissing the Petition to Revoke. .

\*\* If an inmate is accepted for community placement, send a message as to the placement and date of the placement. \*\*

Done this   20   day of   January (Month)   ,   2016 (Year)   , in   Bozeman (City)   Montana.

CCJI000004- BRIGGS - CONFIDENTIAL

1

Exhibit B

Each team meeting includes information on numerous inmates. I have copy/pasted each entry and date of meeting that involves Inmate Briggs. Our TEAM meeting consists of Medical, Mental Health, Administrative staff, and floor staff.

TEAM Meeting
03/10/14

Briggs – Will be arriving today. He will be housed in A104 as it is the only cell available in A Pod. (The team had agreed to Ad Seg him at first.)

TEAM Meeting
03/17/14

Briggs (Ad Seg A104) – Zero instances of IR or behaviors. MH has visited with him. We will keep him in current cell for another week.

TEAM Meeting
03/24/14

Briggs (A Pod 104) – No IR's or Disc. Keep on Ad Seg in camera cell until we need it for another inmate.

TEAM Meeting
03/31/14

Briggs (A Pod) – Moved out of camera cell no incidents. He classes to high, discussion on moving him to D Pod.  Will move him to D Pod.

TEAM Meeting
04/07/14

Briggs (D Pod) – No IR's or Disp. He has stated to his attorney he is worried about his previous charges and inmates knowing. He has been told to speak with an Officer if there is a specific issue or use the kite system. He has asked that a prior counselor come in and meet with him.

TEAM Meeting
04/14/14

Briggs (D Pod) – No write-ups.

TEAM Meeting
04-21-14

Exhibit B

# Gallatin County Detention Center Incident Report / Rule Infraction

| | | |
|---|---|---|
| Incident Report # | 00002061 | Case Nbr   20140418-01 |
| Incident DateTime | 04/18/2014 18:00 | |
| Subject | GENERAL INCIDENT | |
| Incident | BRIGGS NECK MARKINGS | |

## Inmates Involved

| Inmate # | Name |
|---|---|
| 29033 | BRIGGS, KEVIN ANTHONY |

Details of incident or rule infraction

On April 18, 2014 at approximately 1800 hours, I, DC61/Metcalf arrived at the West Sub Control station at the Gallatin County Detention Center for shift change. At this time I was briefed by DC56/Powell that an inmate in D Pod had given him a note that said "Hey Briggs needs help make him take the blanket off look at his neck".

At approximately 1900 Inmate Borland/24469 approached me and asked if he could give Inmate Briggs/29033 a note of encouragement that mentions a Bible verse for him to read. I reviewed the note and allowed him to give it to Mr. Briggs because I understood that he was depressed.

At approximately 2000 hours I entered D107 to speak with Mr. Briggs. He had a blanket over his head and around his neck. The blanket was concealing everything but his face. I asked him how he was feeling because I had read the note earlier and knew that he was depressed. I also asked him why he had the blanket over his head. He told me that "Yes, he was feeling depressed because of his situation". He also said "He felt as if he was getting sick and was extra cold". I asked him to please show me underneath the blanket. He was very hesitant to do this. At first he only pulled it down so it was still covering his neck. I told him that I needed to see his neck as well. He then removed the blanket and I saw a red mark that went across his neck and the full length of his jaw. At this point I told him that I want to move him to booking so that he could be put on observation while I talked to DC28/Sgt. Gunnell and did more investigation into what happened.

Once he was escorted to HCL 3 I returned to his cell D107 to search it and see if I could find what he could have potentially used to create the mark around his neck. In his cell I found a bed sheet that was tied in a knot (which Mr. Briggs later told me was to keep the sheet attached to the bottom of his mattress). I also found a note that Mr. Briggs had possibly written that stated "I fear death but I fear a wasted life even more."

Upon completing the cell search I returned to booking to tell Mr. Briggs that I would be placing him on Suicide Watch until CRT could come and speak with him. I then took him to the Booking changing room and had him put on a smock. I then escorted him back to HCL 3 where he stayed until CRT came.

I have nothing further to report at this time.

Action Taken      Moved to booking until cleared by CRT

Recommendation

Officer Signature

4-19-14

Date

METCALF, JESS

Reporting Officer

_____
Sergeant

_____
Date

Western Montana Mental Health Center
**EMERGENCY MENTAL HEALTH SERVICES**
Emergency Consultation Summary
(ver.. 01142013-00-sans22)

Date: 04-18-14     Initial Contact Time: 2230$^i$   Location: 45 Bozeman GCDC

Client Name: KEVIN A BRIGGS   Client ID#: 201926   Age: 28     Gender: F

## PRESENTING PROBLEM (Referral information and sx):

Found this evening with ligature mark on his neck, a sheet tied at the corners, and at least two notes from other inmates expressing concern for him, also his own writing which may be of concern. Moved to HC, has made several phone calls, has been very cooperative.

## HISTORY OF PROBLEM/ ILLNESS

See file. In jail with multiple felony charges. There was some concern when he arrived (from custody in WA) about a month ago that he had suicidal thoughts. He has had a couple of contacts with MH, not getting regular services. He reports he receives Buspar in morning and evening med passes, received a little while before my visit..

Collateral with Officer who raised concerns. Two inmates have written notes expressing concern about pt. Pt yesterday and today had towel or other material wrapped around his neck, officer asked to see tonight and saw mark. Pt also had sheet tied at corners, it does appear done to keep sheet fitted to mattress better. There are many notes in pt's cell, he writes, and not all have been read, but one small piece states fear of death and also fear "of a wasted life". Tonight, among phone calls pt made after being moved to HC, one was with a friend who ended up asking if pt was suicidal, pt replied "What if I am" and something like wouldn't that be understandable.

## MENTAL STATUS SUMMARY:

Pt is alert, oriented and cooperative. He has a prominent, rather thin (1/4 inch wide) ear-to-ear red mark on his neck. He allowed me to look at it, first said he scratched himself when he was feeling like screaming in his cell. States he gets very anxious later in the day, most days, and he did this yesterday. He did not respond to my comment that it did not look like a fingernail mark, was quiet then changed the subject. Stated he had good talks with his father, stepfather and grandmother tonight, he feels "spoiled" that he has family there for him; gmo is supposed to visit on Monday, 04-21.   He identifies some hope about his case from talking with his attorney. I asked him again about his mark, was deflected, then asked again. He finally stated a more believable story that he had used his T-shirt collar and pulled it hard, though it also could be he used another mechanism. In either case, he apparently stopped and did not repeat the act in the day since. It is possible he was testing. He admits he has hard time at that time of day but he has coping skills (reads, writes, exercises) and can keep himself safe, he does not want to die. He wonders if he could split his buspar doses into three so that he wouldn't have that period of difficulty before evening med pass; I suggested he kite medical and mention it to the nurse.

DIAGNOSTIC IMPRESSION:  ("*" denotes primary dx)
Axis I: adjustment with mixed disturbance of emotions and conduct 309.4
Axis II: deferred 799.9
Axis III:
Axis IV: legal
Axis V (GAF): 55

Priority Group: 4

KEVIN A BRIGGS , 2014-04-19 , Page: 1

CCJI000062- BRIGGS - CONFIDENTIAL

Exhibit B

04/19/2014   09:11  Hope House-'  :man                      (FAX'  55566591          P.002/002

**Recommendation / disposition:**
Remain in HC under observation tonight but OK with CRT to have clothes, a book, mattress. Pt no
doubt has occasional SI and possibly more than he's telling, but denies imminent plan and has some
future oriented thinking and connection to family.  Will meet again tomorrow.

**Total Client Time:  1 hr[ii]**

jk[iii]  90839 Crisis Psychotherapy <60 min. CP060  [iv]                **[v]

John F Karath, LCSW  MHP #: __325__ :   *John Karath LCSW* __ Date: __4/19/2014__

**Signature of Licensed Supervisor (where required)/Date**

---

[i] Initial Contact Time must be entered to allow final signature of this form
[ii] Total Client Time must be entered to allow final signature of this form
[iii] Initials must be added to signify selection options have been fully reviewed, and to allow final signature of this form
[iv] (CP060 = 30 to 74 min.); (CP090 = 75 to 104 min.); (CP120 = 105 to 134 min.); (CP150 = >135 min.)
[v] Interactive Complexity if applicable

CCJI000063- BRIGGS - CONFIDENTIAL                    Exhibit B

## Gallatin County Detention Center Incident Report / Rule Infraction

Incident Report #     00002073

Incident DateTime     04/26/2014 22:38

Subject     GENERAL MEDICAL SITUATION

Incident     20140426-01

Case Nbr     20140426-01

### Inmates Involved

| Inmate # | Name |
|---|---|
| 29033 | BRIGGS, KEVIN ANTHONY |

Details of Incident or rule infraction

I, DC48/ Officer Patterson was working at the Gallatin County Detention Center at the Sub-Control West Post, when at approximately 2238 hours. I found Inmate Briggs #29033 on the floor in cell D-107 unconscious, face down, unresponsive while conducting a round. I then called for an additional officer for assistance to D-pod, to which DC/24 Corporal Caball had responded. We entered D-107 and I had noticed that Inmate Briggs had stood up on his own power; he was then escorted to medical at 2240 hours. Nothing further to report.

Action Taken     taken to medical

Recommendation

Officer Signature

Date     4/27/14

Patterson, A

Reporting Officer

Sergeant

Date     04/27/14

CCJI000226- BRIGGS - CONFIDENTIAL
Exhibit B

Western Montana Mental Health Center
EMERGENCY MENTAL HEALTH SERVICES
Emergency Consultation Summary
(ver.. 01 l 42013-00-sans22)

Date: 5/7/14  Initial Contact Time: 1430 ⁱ  Location: 45 Bozeman  GCDC

Client Name: KEVIN A BRIGGS   Client ID#: 201926   Age: 28   Gender: Male

PRESENTING PROBLEM (Referral information and sx):
Single (never married)   White   I'm not doing so well. Well, I—uhm—attempted suicide and failed and woke up and went into the day room and woke up in the hospital. I cut 2 arteries and a vein, when that failed, I sliced my tongue open.

HISTORY OF PROBLEM/ ILLNESS
Kevin was seeing Edwardo Duran for therapy. He denies any other counseling or treatment experiences, including hospitalization for emotional problems or substance abuse issues, including hospitalizations for emotions or substance abuse issues. He was seen by the CRT last fall and another CRT member last month (see those notes for details).

MENTAL STATUS SUMMARY:
Sleep: sucks—due to his anxiety and has problems with both—but since the BuSpar, I can get high for a little bit. But I have been hiding them for about 2 weeks, but it does not help me.   Appetite: inconsistent—lately less strong than before.   Weight loss/gain: hell if I know.   Guilt/Worthlessness: denies.   Memory: pretty good.   STM: yeah.  Blackouts: denies—passed out from an anxiety attack though.   Energy level: ok, but now feeling like he might have bled too long in the last 24 hours or taken too much medications.   Social life: I am in jail, what kind of question is that? Actually, I am not a total dweeb in here and I do talk to some of the other inmates and my family.   Concentration: ok.   Anhedonia: not been exercising here lately and unsure how long it will be until he can exercising.   Hopelessness/Helplessness: yeah—as a matter of fact, I do have those in jail. If I am lucky, and the truth will come out and I will be released back into society. I think I have pretty much screwed up my life though.   Suicidal: Denies any current ideations, plan, or intent. As for prior history, he reports 3-4 previous attempts—overdosing, hanging himself, and recently trying to cut blood vessels.   Self Harming Behaviors: Denies any prior self harming behaviors. (made a joke in his response)   Homicidal/Violent: Denies any ideations, plan, intent, or history. Ability to Care for Self: I am doing ok—I stay in touch with my family, stay well fed, and stay in touch with my family.   Psychosis: Denies   Appearance: thin young man with short dark hair and wearing a green jail no harm safety turtle shell.   Behavior: Pleasant and cooperative—good eye contact and joking at times in an arrogant manner.   Orientation: is orientated to person, place, time, and circumstance.

Medications: BuSpar (anxiety) 15 mg Bid, Loratadine (allergies) 10 mg HS, and ibuprofen (headaches) 2-200 mg Bid prn from the medical staff in jail. .   History of Psychotropic Medication: was previously on tricycles and SSRI's. He did not like the Paxil or Zoloft.

Alcohol Use: has not drank since January, when he was on the run and would have a couple beers. He has found that if he drinks more than 2-3 drinks, is experience goes down.
Other Drug Use: Opiates, Benzos, and marijuana.

Family History: Denies any chemical dependency issues in his family. Mom and maternal grandmother have problems with anxiety.

Collateral Information: N/A

KEVIN A BRIGGS , 2014-05-08 , Page: 1

05/08/2014   16:32 Hope House F  ...ian          ˉ4X)4065566591          P.004/004

BAC: No results (jail since 1310 on 3/10/14)          UDA: No results

DIAGNOSTIC IMPRESSION:   ("*" denotes primary dx)
Axis I: 309.4 Adjustment Disorder, Conduct and Emotions (296.32 Major Depression, Recurrent,
Moderate); R/O 309.81 PTSD; R/O 305.50 Opiate Abuse; R/O 305.30 Cannabis Abuse; R/O 305.40 Benzo
Abuse;          Axis II: 799.9 Diagnosis Deferred on Axis II at this time;

Axis III: hurting arms, self inflicted cuts to wrist and arm in recent past;

Axis IV: Social/Environmental, Educational, Occupational, Housing, Economic, Legal Problems;

Axis V (GAF): 55.          Priority Group: 4 Non SDMI

Recommendation / disposition:
- Contracts for safety and instructed how to access the CRT
- Stop using alcohol/drugs, get a CD evaluation for treatment recommendations if unable to stop
- OK to stay in holding cell, keep on suicide watch, and hold clothing/mattress but ok to get books, etc.—
  he can use the phone to talk with his attorney/family as per GCDC protocol
- Get into see counseling services knowledgeable about intelligent manipulating behavior to help provide
  emotional support, monitor closely for symptoms of a more overt mental illness, do reality
  testing/redirect as needed, identify triggers for relapse in symptoms, work on ways to stay
  safe/clean/sober, process trauma/losses, and work on developing appropriate coping skills
- Get a good psychiatric evaluation and take appropriate psychotropic medications to treat symptoms of
  mental illness—these might be best crushed or put in something since he was cheeking and hiding them
- Connect with GMHC services while in jail and/or community services to help maintain in the
  community and establish a better support system (drop in center and/or ICM)

Total Client Time:  85 min [ii]

dp [iii] 90839-60 min. + 90840-30 min.(x1)  CP090  [iv]          **[v] * anxiety and nervousness
* poor historian  * difficulty building rapport  * significant language or communication difficulty

David B Powell, LCSW  MHP #: _____ :   *David Powell* L.C.S.W/MHP _ Date: 5/8/2014

Signature of Licensed Supervisor (where required)/Date

---

[i] Initial Contact Time must be entered to allow final signature of this form
[ii] Total Client Time must be entered to allow final signature of this form
[iii] Initials must be added to signify selection options have been fully reviewed, and to allow final signature of this form
[iv] (CP060 = 30 to 74 min.); (CP090 = 75 to 104 min.); (CP120 = 105 to 134 min.); (CP150 = >135 min.)
[v] Interactive Complexity if applicable

KEVIN A BRIGGS , 2014-05-08 , Page:  2

CCJI000061- BRIGGS - CONFIDENTIAL          Exhibit B

# Gallatin County Detention Center Incident Report / Rule Infraction

Incident Report #     00002102

Incident DateTime     05/08/2014 08:00

Case Nbr     DC20140508-02

Subject     GENERAL INCIDENT

Incident     UNRESPONSIVE INAMTE

### Inmates Involved

| Inmate # | Name |
|---|---|
| 29033 | BRIGGS, KEVIN ANTHONY |

Details of incident or rule infraction

I Officer Hampton, on the morning on 05 08 2104 was sitting in on inmate reviews when officer Hoffman called in for Officer Beausoliel for assistance at approximately 0800 hours. Officer Taylor also responded, I followed Officer Taylor. Taylor, Hoffman, and Beausoliel entered D pod to attend to inmate Briggs who was face down on the table, I stood by at the pod door to allow personnel to enter and exit. at Approximately 0805 hours Taylor asked me to enter and take notations , I took notes for vitals as they were read off to me. Approximately 0835 hours AMR arrived, Taylor and myself accompanied Briggs to the ER. We arrived at the ER at approximately 0851 hours. I stood in the treatment room while Briggs was treated, at approximately 1100 hours Taylor and myself accompanied Briggs back to the detention center Via AMR.

Action Taken

Recommendation

Officer Signature

Date     5/8/14

HAMPTON, DUSTIN

Reporting Officer

Sergeant

Date     5/8/14

CCJI000227- BRIGGS - CONFIDENTIAL
05/08/2014 11:27

# Gallatin County Detention Center Incident Report / Rule Infraction

| | | | |
|---|---|---|---|
| Incident Report # | 00002103 | Case Nbr | 20140508-02 |
| Incident DateTime | 05/08/2014 08:00 | | |

Subject        GENERAL INCIDENT

Incident       UNRESPONSIVE INMATE

### Inmates Involved

| Inmate # | Name |
|---|---|
| 29033 | BRIGGS, KEVIN ANTHONY |

Details of incident or rule infraction

On the above date and approximate time, I Officer Taylor was in the west program room. Officer Hoffman called for Officer Beauslolel to enter D-pod with him. I exited the room and went to assist. When we arrived I saw Inmate Briggs sitting at the table in front of the television with his head down. Hoffman tried to get Briggs to respond but was unsuccessful. It was decided that we were going to move him to booking. I placed handcuffs on his right arm and when I grabbed his left arm I noticed there was a laceration on his left wrist. I called for medical and other Officers to respond. Once everyone responded I entered his cell; D-107. I took pictures of blood and articles of clothing with blood on it. The articles were logged and placed in evidence by Officer Flohr and Clark. When Bozeman Fire and American Medical Response (AMR) arrived on scene it was determined that Officer Hampton and myself would ride up in the ambulance. Deputy Quinella rode with us as well. When we arrived at the hospital Briggs began to communicate with us via a pen and paper (Paper attached to report). I asked Briggs what he used to cut himself with and he told me he would need to speak with a lawyer before telling me. While we were there Briggs was scanning the area the entire time. He also asked to keep the pen and paper if he promised to be good. That request was denied. He refused a X-ray when offered one. Inmate Shoulderblade had told me prior to leaving the Detention Center (DC) that Briggs believes he is Native American and is currently doing a Native American fast. Shoulderblade said that with those fasts it is common to swallow a foreign object. It is unclear if he did swallow anything. He has currently refused the last 4 meals. When we were transported back to the DC, Briggs was constantly looking around and watching what route we took. He also mentioned that he was trying to kill himself and he made the cuts at 5am the previous morning (5/7/14) he still refused to tell me what he used and where that object was at. There is nothing further to report at this time.

Action Taken      suicide watch

Recommendation     ad seg until transported

_____
Officer Signature

Date

Taylor, B

Reporting Officer

DC33 Taylor

CCJI000228- BRIGGS - CONFIDENTIAL
05/08/2014 11:41

# Gallatin County Detention Center Incident Report / Rule Infraction

Incident Report #  00002106

Case Nbr    20140508-02

Incident DateTime  05/08/2014 08:15

Subject  GENERAL INCIDENT

Incident  SUICIDE ATTEMPT

## Inmates Involved

| Inmate # | Name |
| --- | --- |
| 29033 | BRIGGS, KEVIN ANTHONY |

Details of incident or rule infraction

On May 8, 2014, I, Officer Beausoleil, was working the West Housing post. I was in the West Housing programs room with Sgt. Lower, Officer Taylor and Officer Hampton for a disciplinary review. At approximately 0815 hours, Officer Hoffman called for me to assist him in D-Pod because Inmate Briggs was sitting at the middle day room table with his head down on the table. Officer Hoffman, Officer Taylor and I entered into D-Pod and I instructed all inmates to lock down. I secured all the bottom tier cells in D-pod and Officer Hoffman secured the top tier. Inmate Briggs continued to stay seated with his head down on his left arm resting on the table. I asked Briggs "what's going on?" Briggs didn't respond. Officer Hoffman started to talk with him and nudging his shoulder just to see if he would respond. I called over the radio to see if we had a camera cell that we can house Inmate Briggs in. Officer Greydanus stated that he only had holding cell 6 available. I then went to the West Sub control to call Officer Greydanus to see if we could get a cell with a camera available for him. During that time, Officer Taylor was attempting to handcuff Inmate Briggs and when he got to his left arm he observed an open wound on his left wrist and called for medical to D-pod. I locked down the West side housing units. When I entered back into D-pod with a set of leg shackles and a belly belt to secure him, I observed a small open wound on the inner part of his right elbow. I secured inmate Briggs with the leg shackles and belly belt, then cleared the pod. There is nothing further to report.

On May 7, 2014, I, Officer Beausoleil, was working the West Housing post. During D pod visiting hours Inmate Briggs declined to have a visit with his mom. Then at approximately before lunch time, Inmate Allred came out of D-Pod asking if he could eat Inmate Brigg's lunch tray because he wasn't going to eat it. I asked why Brigg's wouldn't eat his tray. Inmate Allred stated that he was fasting for religious purposes. During meal pass, I asked Inmate Briggs how long he planned on fasting for and he stated just a couple days. I told him if he needed to talk with anyone to let one of us know. Inmate Briggs stated that he was okay. At approximately 1500 hours, attorney Watson came into the facility to meet with Inmate Briggs. When I asked Inmate Brigg's if he wanted to meet with him and he stated no. I informed Watson that he wasn't going to meet with him. Watson asked me to let Inmate Briggs know when he is feeling better to just have him call him. So I did. For shift briefing, I informed Sgt. Eckhardt for the next shift to keep an eye on Inmate Briggs because of this behavior.

Action Taken

Recommendation

Officer Signature

Date  5/8/2014

## Gallatin County Detention Center Incident Report / Rule Infraction

Incident Report #       00002101                                    Case Nbr     20140508-31

Incident DateTime       05/08/2014 08:15

Subject                 ATTEMPTED SUICIDE

Incident                D POD AND D107

### Inmates Involved

Inmate #        Name

29033           BRIGGS, KEVIN
                ANTHONY

Details of incident or rule infraction

On May 8, 2014 0815 hours, I, Corporal Shawn Fliehman was on duty at the Gallatin County Detention Center as a supervisor. I was in central control monitoring some audio when I was advised by Officer Taylor to respond to D Pod. When I arrived I noticed an inmate (later identified as Briggs, Kevin inmate# 29033) sitting on a stool in the dayroom slumped over the table closet to the base of the stairs. Briggs was unresponsive and would not answer any questions or follow any orders we gave him. I observed Briggs breathing, warm to the touch, and looked to have pale skin. Officers Hoffman, Flohr, Taylor and I noticed 3 cuts on Briggs, 1 on his left wrist approximately 3 to 4 inches in length, 1 on t he inside of his upper left arm approximately 1 to 2 inches in length, and 1 on the right inner portion of the elbow. None of the cuts were actively bleeding. We searched Briggs for more cuts and did not locate any more.

Nurse Hulet was asked by an officer to respond to D Pod. Nurse Hulet arrived and started to assess Briggs. Briggs was moved from the stool to the floor by Officer Hoffman and I. Briggs was placed on his side in case he became conscious and responsive again. Officer Hoffman and I applied gauze to the largest cut and vitals were taken of Briggs. Nurse Hulet and I used the sternum rub and Briggs responded by fluttering his eye lids and making heavy breathing noises. Nurse Hulet requested AMR (American Medical Response) and Bozeman Fire to respond. Briggs was transported by ambulance to Bozeman Deaconess Hospital.

Action Taken    Transported to Bozeman Deaconess Hospital

Recommendation

Officer Signature                                   Date     1124 hrs.  5-8-14

Fliehman, S

Reporting Officer

Sergeant

5-8-14

Date

CCJI000231- BRIGGS - CONFIDENTIAL

05/11/2014    08:58 Hope House B\.    ian                                    ⅂4065566591          P.001/001

Western Montana Mental Health Center
**EMERGENCY SERVICES NOTE**
(ver. 04022014-00)

| Client Name: KEVIN A BRIGGS | Client #: 201926 | Client SSN[1]: 0940 | |
|---|---|---|---|
| Sub-Facility and Name: 45 GALLATIN MENTAL HEALTH CENTER | | | |
| Employee Name:<br>John F Karath | Title: LCSW<br>MHP # | | Employee #:<br>3500 |
| Date of Service: 05-10-14   Start Time: 15:00   End Time: 15:25[2] | | #Service Units[3]: 2 | |
| Length of Session: 25 min[4] min.   Face to Face: Yes | | | |
| Primary Diagnosis and Code: 3094 Adjustment Disorder With Mixed Dist | | | |
| Service Codes:  585 Support/Monitoring[5] | ***[6] | Reference[7]#: | |

Progress Note[8]: Pt continues on suicide watch with smock , mattress, a book. He has had water turned on again. His mother visited him yesterday but states he will not be able to see other family that was to come tomorrow. I told Pt I would check on plan for getting him back into jail uniform as next step, I was not sure of details discussed on 05-09. Pt remains in usual mood and presentation.

Msg left by staff with Sgt Miller. I contacted E Crowe and her recall was that Pt could get uniform only, no undergarments, today if all looked well with pt and in booking.

Employee Signature:

*John Karath LCSW*  ☒[9]

Date: **5/11/2014**

\* **Signature of Licensed Supervisor (where required)/Date**

---

[1] Only for VA clients - last four digits of SS#.
[2] Start/End Time must be entered to allow final signature of this form
[3] In 15 minute increments
[4] Length of Session must be entered to allow final signature of this form
[5] (CP060 = 30 to 74 min.); (CP090 = 75 to 104 min.); (CP120 = 105 to 134 min.); (CP150 = >135 min.)
[6] Interactive Complexity if applicable
[7] To be completed by support staff.
[8] ...*progress notes*... indicate whether or not the stated treatment plan has been implemented, and the degree to which the client is progressing, or failing to progress, toward stated treatment objectives... ARM 37.106.1909
[9] Check if status is "Practitioner-in-training" or "non-licensed"

Name: KEVIN A BRIGGS,  Date: 2014-05-11  , Page: 1

CCJI000056- BRIGGS - CONFIDENTIAL                    Exhibit B

## GALLATIN COUNTY DETENTION CENTER
### USE OTHER SIDE FIRST

| DATE 5/11/14 | Inmate's Name (Last, First M.) BRIGGS | Inmate# |
|---|---|---|

| Time | Badge # | Comments |
|---|---|---|
| 1900 | 21 | LAYING ON BUNK |
| 1905 | 48 | blowing nose |
| 1930 | 21 | SITTING ON BUNK READING |
| 1945 | 21 | LAYING ON Bunk READING |
| 2000 | 48 | " " " |
| 2015 | 48 | Laying down Reading |
| 2030 | 48 | " " " |
| 2045 | 21 | STANDING |
| 2100 | 21 | SITTING ON BUNK |
| 2115 | 48 | Sitting Looking out window |
| 2130 | 48 | Laying down |
| 2145 | 48 | Kneeling on bench |
| 2200 | 48 | sitting on bed |
| 2215 | 48 | Laying down reading |
| 2230 | 48 | Laying down |
| 2245 | 21 | TAKING MEDS FROM NURSE DEB |
| 2300 | 21 | LAYING DOWN ON BUNK UNDER BLANKET |
| 2315 | 21 | " " |
| 2330 | 48 | Sitting up with cover on head |
| 2345 | 48 | Laying down |
| 0000 | 48 | " " |
| 0030 | 20 | " " |
| 0044 | 20 | laying down, covered |
| 0100 | 48 | " " |
| 0115 | 48 | " " |
| 0130 | 21 | " " |
| 0145 | 48 | " " |
| 0200 | 21 | " " |
| 0215 | 48 | " " |
| 0230 | 48 | Laying down head covered |
| 0245 | 21 | " " |

CCJI000052- BRIGGS - CONFIDENTIAL        Exhibit B

## GALLATIN COUNTY DETENTION CENTER
### USE OTHER SIDE FIRST

| DATE | Inmate's Name (Last, First M.) | Inmate# |
|---|---|---|
| 5-11-14 | Briggs, Kevin | 29033 |

| Time | Badge # | Comments |
|---|---|---|
| 1045 | 27 | standing at door |
| 1100 | 27 | sitting on bunk |
| 1115 | 38 | " " |
| 1130 | 27 | laying on bunk |
| 1145 | 27 | sitting on toilet |
| 1200 | 27 | cleaning cell |
| 1217 | 43 | IN THE SHOWER. |
| 1230 | 38 | Medical |
| 1247 | 43 | SITTING ON HIS BUNK. |
| 1317 | 43 | READING ON THE BUNK. |
| 1330 | 27 | watching TV |
| 1345 | 27 | " " |
| 1400 | 27 | sitting on bunk |
| 1415 | 27 | laying on bunk |
| 1430 | 27 | " " |
| 1445 | 27 | " " |
| 1500 | 27 | sitting on bunk |
| 1519 | 43 | STANDING AT THE CELL DOOR. |
| 1530 | 27 | sitting on bunk reading |
| 1545 | 27 | laying on bunk reading |
| 1600 | 27 | sitting on bunk reading |
| 1615 | 27 | laying on bunk reading |
| 1630 | 27 | " " |
| 1645 | 27 | " " |
| 1700 | 27 | accepted |
| 1734 | 43 | READING ON THE BUNK. |
| 1745 | 27 | " " |
| 1800 | 27 | " " |
| 1815 | 48 | " " |
| 1831 | 48 | " " |
| 1846 | 48 | Sleeping on bunk |

Exhibit B

Briggs (D Pod) – Was cleared by CRT had some ligament marks on his neck this weekend. See IR. MH will follow up again.

### TEAM Meeting
### 04/28/14

Briggs (D Pod) – Do for reclass 5/1 and he has been asking to move cells. Maintain in same cell in D Pod even if reclassed (he has been asking to move).

### TEAM Meeting
### 05/05/14

Briggs (D Pod) – stays in same cell.

### Team Meeting
### 05/12/14

Briggs (Booking/SW) – Suicide attempt last week, he cut his underarm, elbow, wrist, and tongue. Passed out while in pod, had to go to ER for care. He has been earning items back, mattress, one book, and inmate uniform only (no undergarments). Next step team agrees to;

> Extreme caution! Do to escape risk.
> Officer standby for shower.
> Hour out in rec yard.
> Hygene items given for use only and taken back immediately.
> Spork given with meal then taken back immediately.
> Phone use during hour out only.
> Will again next week.

### TEAM MEETING
### 05/19/14

Briggs (Booking, Obs) – No issues but he was throwing out meals, officer spoke with him and he is eating again. He has not been fully cleared by CRT. If we were to house him A Pod would be isolated which would have a negative impact on his MH. Move him to a non-camera cell in booking and allow him some rec with D Pod and programs with D Pod. Miller will call CRT for final clearance from camera cell. NO RAZOR. Will allow undergarments today and hygiene items Thursday if CRT is ok with it and no incidents.

### TEAM Meeting
### 05/27/14

Briggs (Booking) – We had a Native American "Spiritual Advisor" stop by Thursday asking to give a book. He will be advised it must come in from a publisher. He does not have the credentials to meet 1:1 so he will have to use visiting. What is our next step in his plan? No incidents this past

Exhibit B

## GALLATIN COUNTY DETENTION CENTER
### USE OTHER SIDE FIRST

| DATE | | Inmate's Name (Last, First M.) | Inmate# |
|------|--|-------------------------------|---------|
| 5/15/14 | Briggs / | | |

| Time | Badge # | Comments |
|------|---------|----------|
| 0043 | 32 | Sleeping |
| 0100 | 63 | Sleeping |
| 0059 | 32 | Sleeping |
| 0116 | 65 | Sleeping |
| 0134 | 63 | Sleeping |
| 0148 | 54 | Sleeping |
| 0200 | 63 | Sitting on bunk |
| 0230 | 32 | Sleeping |
| 0245 | 32 | Sleeping |
| 0309 | 32 | Sleeping |
| 0324 | 32 | Sleeping |
| 0342 | 63 | Sleeping |
| 0353 | 32 | Sleeping |
| 0409 | 32 | Sleeping |
| 0424 | 32 | Sleeping |
| 0438 | 32 | Tossing & turning |
| 0454 | 32 | Sleeping. |
| 0512 | 60 | Sleeping |
| 0527 | 63 | Sleeping |
| 0539 | 32 | Sleeping |
| 0553 | 32 | Sleeping |
| 0600 | 58/60 | on observation |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Exhibit B

## GALLATIN COUNTY DETENTION CENTER
### USE OTHER SIDE FIRST

| DATE 05/14/14 | Inmate's Name (Last, First M.) Briggs | Inmate# |
|---|---|---|

| Time | Badge # | Comments |
|---|---|---|
| 16:26 | 53 | Sitting under Blanket |
| 16 40 | 33 | Sitting up |
| 1658 | 27 | Sitting on Bunk |
| 1712 | 30 | u |
| 1728 | 27 | ✍ Sitting on bunk eating |
| 1743 | 30 | Sitting on bunk with blanket on head |
| | | reading. |
| 1809 | 2 L | Reading |
| 1825 | 2 2 | Reading |
| 1843 | 63 | Reading |
| 1900 | 63 | Reading |
| 1912 | 63 | Reading |
| 1925 | 32 | Reading |
| 1940 | 2 2 | Sleeping |
| 1955 | 32 | Laying on back. |
| 2010 | 2 L | Sleeping |
| 2025 | 32 | Sleeping |
| 2040 | 63 | Sleeping |
| 2110 | 63 | Sleeping |
| 2125 | 32 | Sleeping |
| 2138 | 2 L | Sleeping |
| 2155 | 43 | Sleeping |
| 2208 | 32 | Sleeping |
| 2223 | C3 | Sleeping |
| 2238 | 2 L | Sleeping |
| 2314 | 32 | Sleeping |
| 2329 | 32 | Sleeping |
| 2347 | 63 | Sleeping |
| 0008 | 43 | Sitting on bunk |
| 0016 | 63 | Brushed teeth + used kiosk - 32 Briggs |
| 0031 | 63 | reading |

Exhibit B

## GALLATIN COUNTY DETENTION CENTER
### USE OTHER SIDE FIRST

| DATE | Inmate's Name (Last, First M.) | Inmate# |
|---|---|---|
| 05/14/2014 | Briggs — | |

| Time | Badge # | Comments |
|---|---|---|
| 09:21 | 53 | Drinking large amounts of water |
| 09:24 | 53 | Throwing up - |
| 09:28 | 53 | spoke with 2's - Laying lying under Blanket |
| 09:45 | 53 | sleeping under Blanket |
| 09:52 | 53 | Declined meds |
| 09:59 | 53 | Sleeping under Blanket |
| 10:14 | 53 | '' '' |
| 10:28 | 53 | laying under Blanket - twitching feet |
| 10:45 | 53 | Laying under Blanket - |
| 11:25 | 53 | Standing drinking water - |
| 1140 | 31 | sitting on bench awake |
| 11:55 | 53 | sleeping under Blanket |
| 11:10 | 53 | Standing at Door |
| 1220 | 10 | Refused meal for lunch |
| 1232 | 10/23 | hour out Begins |
| 1237 | 23/10 | on phone through food port |
| 1253 | 23/10 | on phone CRT Here to see him |
| 1257 | 23/10 | Halle out Free the CRT 35 mins. |
| 1305 | 23/10 | Talking w/ CRT |
| 13:24 | 53 | '' '' '' 4' →hour out ends @ 1405 |
| 13:31 | 23/10 | the remaining 35 mins of hour out resume |
| 13:30 | 23/10 | on phone |
| 13:53 | 53 | sitting up Reading |
| 1401 | 23/10 | under Blanket |
| 1437 | 23 | Using Phone |
| 1454 | 23 | '' '' |
| 1507 | 53 | Brushing Teeth using intercom |
| 1520 | 33 | Sitting up |
| 1540 | 37 | '' Sitting up reading '' |
| 1556 | 23 | Standing at door |
| 1612 | 23 | '' |

Exhibit B

## GALLATIN COUNTY DETENTION CENTER
### USE OTHER SIDE FIRST

| DATE | | Inmate's Name (Last, First M.) | Inmate# |
|------|------|------|------|
| 05/13/2014 | | Briggs | |
| Time | Badge # | Comments | |
| 1845 | 62 | laying on bunk reading | |
| 1905 | 54 | laying on bed reading | |
| 1930 | 54 | Sitting, reading | |
| 1945 | 62 | on bunk reading | |
| 2005 | 54 | Reading | |
| 2020 | 54 | Reading | |
| 2042 | 62 | appears asleep | |
| 2110 | 54 | Sleeping | |
| 2141 | 62 | appears asleep | |
| 2200 | 62 | " " | |
| 2212 | 62 | " " | |
| 2130 | 54 | Sleeping | |
| 0000 | 54 | awoke up. Sitting on bunk | |
| 2148 | 54 | Sleeping on side | |
| 0300 | 54 | Sleeping on Bunk | |
| 0356 | 62 | appears to be asleep | |
| 0412 | 62 | " " | |
| 0570 | 54 | Sleeping | |
| 0622 | 23 | Walking around | |
| 0636 | 23 | sleeping | |
| 0657 | 23 | " " | |
| 0706 | 23 | " " | |
| 0718 | 23 | Denied Refused breakfast | |
| 07:23 | 53 | Sleeping under Blanket - | |
| 0737 | 23 | " " | |
| 0750 | 33 | " " " | |
| 0807 | 23 | " " | |
| 0824 | 53 | " " | |
| 08:40 | 53 | " " | |
| AM 908:55 | 53 | " " | |
| 09:15 | 53 | Sitting up Reading - | |

Exhibit B

## GALLATIN COUNTY DETENTION CENTER
**USE OTHER SIDE FIRST**

| DATE | Inmate's Name (Last, First M.) | Inmate# |
|------|-------------------------------|---------|
| 05/13/14 | Briggs | |

| Time | Badge # | Comments |
|------|---------|----------|
| 1050 | 25 | Using phone through Food trap |
| 1105 | 33 | " |
| 11:13 | 53 | Reading, sitting up |
| 1136 | 23 | " |
| 1152 | 33 | " |
| 1205 | D | Sleeping on bunk |
| 1222 | 33 | Phone - |
| 1235 | 33/10 | flushing food, asked to stop; Cntd to flush food about 5 minutes later. tray was given back, food trap closed. |
| 1250 | 23/10 | Reading on bunk |
| 1305 | 23/10 | pacing, Talking to officer about use of phone. |
| 1320 | 33 | Sitting up |
| 1335 | 33 | Standing up |
| 1352 | 22 | speaking w/ Ryan |
| 1400 LF | 22 | worked video => Flushed breakfast & lunch today |
| 1405 | 33 | Talking w/ M.M |
| 1420 | 33 | Sitting on bunk |
| 1435 | 33 | Standing |
| 1450 | 33/10 | Sleeping on bunk |
| 1512 | 23 | " |
| 1535 | 58 | Sleeping |
| 1554 | 28 | Sleeping leg twitching. |
| 1608 | 23/10 | Sleeping, head covered |
| 1620 | 35/10 | Sleeping |
| 1635 | 33 | " |
| 1655 | 33 | " |
| 17/5 | 33 | Standing |
| 1735 | 33 | Dinner - refused |
| 1820 | 59 | Sitting on bunk |

Exhibit B

GALLATIN COUNTY DETENTION CENTER
INMATE SECURITY CHECK LOG

| Inmate's Name (Last, First M.) | | Inmate# |
|---|---|---|
| BRIGGS | | 61825 |

| Reason For Placement in Holding Cell | DATE |
|---|---|
| | 5/13/2014 |

Contact Medical when placed in holding cell Badge#___ Time___
Medical Staff Contacted
CRT Paged (if Suicidal)          Badge#___   Time___
15 Minute Checks for Suicidal    30 Minute Checks for Detoxification

☐ Detoxification
☒ Suicidal

| Time | Badge # | Comments |
|---|---|---|
| 0005 | 54 | Given bandaide for cut by armpit 1-BANDAIDE |
| 0023 | 62 | appears asleep |
| 0036 | 02 | " " |
| 0100 | 54 | " " |
| 0110 | 54 | " " |
| 0200 | 54 | Sleeping |
| 0225 | 60 | Sleeping |
| 0320 | 54 | Sleeping |
| 0500 | 02 | Sleeping |
| 0535 | 54 | USING THE BATHROOM 3-MENBACK TO BED |
| 0601 | 23 | sleeping on bunk |
| 0616 | 23 | " " |
| 0633 | 23 | " " |
| 0648 | 23 | " " |
| 0704 | 23 | " " |
| 0717 | 23 | " " |
| 0730 | 33 | " " |
| 0747 | 23 | " " |
| 0807 | 23 | " " |
| 0817 | 23 | " " |
| 0849 | 23 | " " |
| 0902 | 23 | " " |
| 0915 | 23 | " " |
| 0936 | 23 | " " |
| 1004 | 23 | sitting on bunk |
| 1019 | 23 | " " |
| 1036 | 30 | " " |

CCJI000049  BRIGGS  CONFIDENTIAL

Exhibit B

| Time | | Notes |
|------|------|-------|
| 1945 | 62 | appears to be sleeping on bunk |
| 1959 | 62 | appears to be sleeping on bunk |
| 2015 | 54 | Sleeping |
| 2030 | 54 | Sleeping |
| 2045 | 54 | Sleeping |
| 2055 | 54 | Told of 2200 will be given shower |
| 2130 | 54 | Sitting on Bunk reading |
| 2200 | 62 | Sitting on bunk |
| 2212 | 62 | appears to be Sleeping on bunk |
| 2245 | 62 | Showering - 54 standing by |
| 2250 | 54 | given shower, brushed teeth given clean clothes and new paper cup. |
| 2331 | 62 | Just laid down |
| 2355 | 54 | Sleeping |

## GALLATIN COUNTY DETENTION CENTER
**USE OTHER SIDE FIRST**

| DATE | Inmate's Name (Last, First M.) | Inmate# |
|---|---|---|
| 5/12/14 | BRIGGS | |

| Time | Badge # | Comments |
|---|---|---|
| 0300 | 48 | Sleeping w/ head coverd. |
| 0315 | 21 | " " |
| 0330 | 21 | " " |
| 0345 | 21 | " " |
| 0400 | 21 | " " |
| 0415 | 48 | " " |
| 0430 | 48 | " " |
| 0445 | 48 | " " |
| 0500 | 48 | " " |
| 0515 | 48 | " " |
| 0530 | 48 | " " |
| 0548 | 48 | " " |
| 0600 | 23 | " " |
| 0617 | 23 | " " |
| 0632 | 23 | " " |
| 0648 | 23 | walking in cell |
| 0703 | 23 | Laying on bunk |
| 0720 | 23 | eating breakfast |
| 0734 | 23 | sitting up on bunk |
| 0750 | 23 | Laying on bunk |
| 0803 | 23 | " " |
| 0819 | 23 | " |
| 0830 | 22/10 | laying on bunk; was up onefly |
| 0850 | 23/10 | awake; requested phone call; sitting on bunk |
| 0905 | 22/10 | waiting for phone; sitting on bunk |
| 0920 | 22/10 | on phone |
| 0935 | 23/10 | " " |
| 0950 | 23/10 | Talking w/ Chuck Watson in cell |
| 1005 | 23/10 | " " " " " " |
| 1020 | 23/10 | Endid visit w/ Mr. Watsen; sitting |
| 1035 | 23/10 | Walking around cell |
| 1049 | 58 | on phone |

CCJI000051- BRIGGS - CONFIDENTIAL     Exhibit B

Western Montana Mental Health Center
### EMERGENCY MENTAL HEALTH SERVICES
Emergency Consultation Summary
(ver.. 01142013-00-sans22)

Date: 5/14/14 Initial Contact Time: 1pm   Location: 45 Bozeman  GCDC

Client Name: KEVIN A BRIGGS   Client ID#: 201926   Age: 28   Gender: male

**PRESENTING PROBLEM (Referral information and sx):**
Jail staff call CRT to evaluate client who is in booking follow suicide attempt last week. He has reportedly been manipulative and unable/unwilling to follow rules in booking. "I am stuck in here all day long. I only get a bible. This is not my religion. This is the only book they will give to me."
He was in D-pod until his last suicide attempt approx.. one week ago. "I really liked being able to interact with other human beings. I also liked having more than one book in my cell. I am pretty sure that they are actually trying to punish me under the guise of safety and security." He had been in D-pod for about 6 weeks prior to his suicide attempts.
He reports he has had panic attacks "since coming to jail" for this last time.

**HISTORY OF PROBLEM/ ILLNESS**
Collateral: Sargeant Miller reports that client has been "manipulating" the system and has not always been compliant in the booking cell. Other deputies also state that client is "smart" and "manipulative".

**MENTAL STATUS SUMMARY:**
"I was living in Bozeman. They are trying to give me 145 years. Well yeah, I embarrassed them."
"I would be a lot fucking saner if I could get a decent book to read. Nobody's given a crap about my feelings or my sanity. They are doing things that are unpleasant that don't keep me safe that make my hellish life worse."
"There is no such thing as good attention in jail."
Suicidal-Twice before last year he attempted to overdose with pills. He said he tried to hang himself while he was in jail about a month or two ago.
He denies current suicidal ideation but says "being dead would be better than being here but being in D unit would be better than being dead."
"I quit taking the medication they were giving me because it didn't work." He was not on medications before he went to jail beyond taking some anti depressants as a teenager. "I could kill myself in here." "If they keep treating me like this, I would rather be dead." Client denies current suicidal ideation but his statements suggest he may become hopeless and suicidal soon if he is not allowed to have a book other than the bible or to have human contact. Staff report he is very "manipulative" but his suicide attempt appears to have been a genuine attempt to end his life.
Client appears oriented x 4.

**DIAGNOSTIC IMPRESSION: ("*" denotes primary dx)**
Axis I: Adjustment disorder with mixed disturbance of emotions and conduct.

Axis II:

Axis III:

Axis IV: Legal problems, incarceration.

KEVIN A BRIGGS , 2014-05-14 , Page:  1

CCJI000054- BRIGGS - CONFIDENTIAL          Exhibit B

Axis V (GAF): 42

Priority Group:

Recommendation / disposition:
CRT asks sheriff deputies if client can have a different book. They report he has engaged in numerous behavioral infractions leading them to create more restrictions.
Client does not appear to be imminent threat to harm himself but he does suggest he might soon become suicidal and states that he is capable of ending his life in the booking, camera cell.
CRT recommends that client remain in camera cell in booking.
CRT talks with client about meditation and tries to work with awareness that client will move out of booking within the next week if he can continue to follow jail rules.
CRT will return to evaluate client as needed when jail staff call.

Total Client Time:   30min[ii]

abu[iii]  90839 Crisis Psychotherapy <60 min. CP060  [iv]                    **[v]

Adrian Utsch, LCPC MHP #: __482__ :   _N/ TMT  LCPC_ ___ Date: __5/14/2014__

Signature of Licensed Supervisor (where required)/Date

[i] Initial Contact Time must be entered to allow final signature of this form
[ii] Total Client Time must be entered to allow final signature of this form
[iii] Initials must be added to signify selection options have been fully reviewed, and to allow final signature of this form
[iv] (CP060 = 30 to 74 min.); (CP090 = 75 to 104 min.); (CP120 = 105 to 134 min.); (CP150 = >135 min.)
[v] Interactive Complexity if applicable

CCJI000055- BRIGGS - CONFIDENTIAL                              Exhibit B

Western Montana Mental Health Center
### EMERGENCY SERVICES NOTE
(ver. 04022014-00)

| Client Name: KEVIN A BRIGGS | Client #: 201926 | Client SSN[1]: 0940 |
|---|---|---|
| Sub-Facility and Name: 45 GALLATIN MENTAL HEALTH CENTER | | |
| Employee Name: John F Karath | Title: LCSW  MHP # | Employee #: 3500 |
| Date of Service: 05-17-14  Start Time: 16:00  End Time: 16:30[2] | | #Service Units[3]: 2 |
| Length of Session: 30 min[4] min.  Face to Face: Yes | | |
| Primary Diagnosis and Code: 3094 Adjustment Disorder With Mixed Dist | | |
| Service Codes:  585 Support/Monitoring[5] | **[6] | Reference[7]#: |

Progress Note[8]: Pt being monitored in HC for the past week after suicide attempt. There have been some behavioral interventions and restrictions. He has one hour phone/day with monitoring. He was observed flushing food, water was off but is now back on. Today he is in HC with orange uniform, 3-4 books, water on. He reports he receives no medication now, has not seen provider despite his kites.

Pt mood appears stable. He is reading a Reincarnation book, states he likes to think reincarnation occurs, refers to suicide as not being an answer if you have to return to deal with same issues anyway. I questioned him about goals vs just wasting away in detention or suicide; he voices a desire to accomplish and contribute something, even from jail/prison and that some books he reads are purposeful that way –"studying"- and some (novels) are just for coping/distraction. He states that his flushing of food was an act of food "sacrifice", referring to the bible and other cultural practices through time of sacrificing food as an act of prayer. He awaits Monday meeting for possible next step down toward population.

Maintain as is. Will plan to revisit on Monday.

Employee Signature:

*John Karath LCSW*  ☒

Date: 5/18/2014

\* Signature of Licensed Supervisor (where required)/Date

---

[1] Only for VA clients - last four digits of SS#.
[2] Start/End Time must be entered to allow final signature of this form
[3] In 15 minute increments
[4] Length of Session must be entered to allow final signature of this form
[5] (CP060 = 30 to 74 min.); (CP090 = 75 to 104 min.); (CP120 = 105 to 134 min.); (CP150 = > 135 min.)
[6] Interactive Complexity if applicable

Name: KEVIN A BRIGGS, Date: 2014-05-17 , Page: 1

CCJI000042- BRIGGS - CONFIDENTIAL                    Exhibit B

05/19/2014   18:44 Hope House Br   ~eñ                         ⌐ ٧4065566591              P.003/003

## Western Montana Mental Health Center
### EMERGENCY SERVICES NOTE
(ver. 04022014-00)

| Client Name: **KEVIN A BRIGGS** | Client #: **201926** | Client SSN[1]: **0940** |
|---|---|---|

| Sub-Facility and Name: **45 GALLATIN MENTAL HEALTH CENTER** | | |
|---|---|---|

| Employee Name:<br>**John F Karath** | Title: LCSW<br>MHP # | | Employee #:<br>**3500** |
|---|---|---|---|
| Date of Service: **05-19-14**   Start Time: **1515**   End Time: **1530**[2] | | #Service Units[3]: **1** | |
| Length of Session: **15 min**[4] min.   Face to Face: **Yes** | | | |
| Primary Diagnosis and Code: **3094 Adjustment Disorder With Mixed Dist** | | | |
| Service Codes:  **585 Support/Monitoring**[5] | ۵۵۶ | Reference #: | |

Progress Note[8]: Pt has been in HC booking for about 2 weeks after suicide attempt. Has had books and outer uniform for a few days. GCDC team meeting today, they have identified plan to take graduated steps to return Pt to population. Today they hope he can move into non-camera cell, have rec with hi-security side, have undergarments back, Would then get more on 05-22.

Pt appears more tired as days have progressed. I informed him of plan and he mostly complained that it wasn't much different and the only groups available would be fundamentalist Christian oriented, not his thing (though at that point not sure he knew we were also talking rec time). By way of complaining, he also notes he could have figured a way to kill himself in HC to indicate that caution is not really that meaningful. I noted that it is hard to trust him for safety, and for some good reasons. In the end he accepted things as they were and wished me a nice day. He talked to Sgt Miller when we finished and happened to have rec available at that time, and he used it.

Employee Signature:

*John Karath LCSW*  ☒[9]

Date: __5/19/2014__

\* Signature of Licensed Supervisor (where required)/Date

---

[1] Only for VA clients - last four digits of SS#.
[2] Start/End Time must be entered to allow final signature of this form
[3] In 15 minute increments
[4] Length of Session must be entered to allow final signature of this form
[5] (CP060 = 30 to 74 min.); (CP090 = 75 to 104 min.); (CP120 = 105 to 134 min.); (CP150 = >135 min.)
[6] Interactive Complexity if applicable
[7] To be completed by support staff.
[8] ...*progress notes... indicate whether or not the stated treatment plan has been implemented, and the degree to which the client is progressing, or failing to progress, toward stated treatment objectives... ARM 37.106.1909*

Name: KEVIN A BRIGGS, Date: 2014-05-19 , Page: 1

CCJI000041- BRIGGS - CONFIDENTIAL                    Exhibit B

week. He has earned everything back except his bedding. Move back to D Pod as high classification.

## Team Meeting
## 06/02/14

Briggs (D Pod) – No instances over the last week. Maintain razor restriction.

## TEAM Meeting
## 6/09/14

Briggs (A Pod) – Took a razor off table but Officers caught him. Maintain razor restriction. Waiting on disciplinary hearing.

## TEAM Meeting
## 06/16/14

Briggs (A Pod) – Eilissa received a phone call from his father with concerns over isolations. Briggs is refusing to work with our MH staff. Eilissa asked if Stef can please review again MH medications. Eilissa believes a double bunk would be the safest option for him if we can find the right cellmate. His history does lead for concern. He did receive another write up on the 11th and it out of L/D on 7/7/14.

## TEAM MEETING
## 06/23/14

Briggs, Kevin (A Pod) – Is requesting to use nail clippers with supervision. OK with Officer stand by.

## TEAM Meeting
## 06/30/14

Briggs (D Pod) – Had a fainting spell, medical was notified.

## TEAM MEETING
## 07/07/14

Briggs (A Pod) – On disciplinary, do to come off of L/D today. No razors and no access to razors. Lock him down when others in the pod are shaving. Move to D Pod on high security.

## Team Meeting
## 071414

Exhibit B

## Gallatin County Detention Center
## Disciplinary Offense Report

| | | | |
|---|---|---|---|
| Disciplinary # | 00001842 | Case Nbr | 20140607-02 |
| Inmate Number | 29033 | | |
| Inmate Name | BRIGGS, KEVIN ANTHONY | Employee Name | Slyngstad |
| Cell Assignment | D103 | | |

### Offense Details

Offense Date Time    06/07/2014 14:52

**Offenses**

Location Type    **Pod**

Location Description    D POD DAYROOM

| Offense Type | Offense Code | Description |
|---|---|---|
| Major 3 | MJV.00.03e | Tools |
| Major 2 | MJV.00.02i | Misuse, destruction or defacing property of the detention center or inmate' |

Offense Details

On June 7, 2014, I, Sgt. Slyngstad was informed of a missing razor by Officer Burtch. Officer Burtch informed me that Inmate Royster (#29889) had a razor on his property and when he went to retrieve it, the razor was missing. Officer Burtch then informed me that he later found the razor rolled up in inmate Briggs' (#29033) underwear.

I first asked Royster if he had passed a razor to Briggs. Royster denied passing a razor to Briggs at which point I informed Royster I would review video footage. After viewing video, it clearly shows that at 1452 hours inmate Briggs picked up Royster's razor and moved it back to his cell.

Inmate Briggs is being written up for 2 major rule Infractions: Major 3:MJV.00.03e: Tools and a Major 2: MJV.00.02i: Misuse, destruction or defacing property of the detention center or inmate's.

Evidence Disposition

**Inmate Witnesses**

Inmate #    Name

**Employee Witnesses**

Name

_____ I waive my right to appear at the Adjustment Hearing to present my care.

_____ I request staff or inmate assistanceText

_____ I waive my right to call witnesses

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set as soon as possible.

CCJI000264- BRIGGS - CONFIDENTIAL

Exhibit B

_____ Inmate refuses to sign ", .:minary hearing notification"

Inmate Signature _____     Date of Service _____

Serving Officer Signature _____     Date of Service _6 -7- 14_

Reporting Officer Signature _____     Date of Report _6 - 7- 14_

Shift Supervisor Signature _____     Date of Review_____

CCJI000265- BRIGGS - CONFIDENTIAL

Exhibit B

## GALLATIN COUNTY SHERIFF'S OFFICE
## DETENTION CENTER
## Major Rule Infraction Report

Reporting Officer: Sgt. Slyngstad
Inmate Name/Booking Number: Briggs, Kevin
Inmates Cell Assignment: A202
Date/Time of Incident:  06/07/2014 14:52 hours
Place of Incident: D-Pod
Witnesses:
Other Inmate(s) Involved:

Alleged Violation(s) of the Inmate Handbook:
 Major 2: MJV.00.02i: Misuse, destruction or defacing property of the detention center or inmate's.
 Major 3:MJV.00.03e: Tools ___ Amended to Dangerous Contraband

Description of Incident:
 On June 7, 2014, I, Sgt. Slyngstad was informed of a missing razor by Officer Burtch.  Officer Burtch informed me that inmate Royster (#29889) had a razor on his property and when he went to retrieve it, the razor was missing.  Officer Burtch then informed me that he later found the razor rolled up in inmate Briggs' (#29033) underwear.

I first asked Royster if he had passed a razor to Briggs.  Royster denied passing a razor to Briggs at which point I informed Royster I would review video footage.  After viewing video, it clearly shows that at 1452 hours inmate Briggs picked up Royster's razor and moved it back to his cell.
Inmate Briggs is being written up for 2 major rule infractions: Major 3:MJV.00.03e: Tools and a Major 2: MJV.00.02i: Misuse, destruction or defacing property of the detention center or inmate's.

I have received a copy of this action and have been informed of my rights to:
 1. Have a hearing on: Date: 06/11/2014          Time: TBD
 2. Submit a list of witnesses for the hearing.
 3. Present evidence on my own behalf.
 4. Obtain a lay-advisor, which will include the inmate of my choice or any staff member working on the day of the scheduled hearing if deemed necessary by the disciplinary hearing officer.
 5. Notify my lay-advisor in writing, if approved, of witnesses and meet with the lay-advisor on the date of the scheduled hearing.
 6. Notify the disciplinary hearing officer in writing of the request for a lay-advisor and witnesses prior to the scheduled hearing.

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the Inmate Handbook.

Date: 6/10/2017          Time: 1125          Place: A202

Hearing Officer: _____          Inmate Signature: _____

Exhibit B

## GALLATIN COUNTY SHERIFF'S OFFICE
## DETENTION CENTER
## Major Rule Infraction Report Hearing

Inmate Name/Booking Number: Briggs, Kevin #61825

## Miranda Warning

You have the right to remain silent. Anything you say, can and will be held against you in a Court of Law. You have the right to talk to a lawyer and have your lawyer present while you are being questioned. If you cannot afford to hire a lawyer, one will be appointed to represent you, free of any cost to you. You can decide at any time to exercise these rights and not answer any questions or make any statement.

You should also understand that your refusal to answer any questions or make any statements can not be held against you in a Court of Law, however, your refusal to answer questions can be used as an element of guilt at this hearing.

Do you understand these rights? Knowing these rights, do you wish to talk to me?

Rights Read: YES____ (NO)   Hearing Recorded: YES____ (NO)

**Evidence Present:**

**Witnesses:**

**Lay-Advisor:**

**Inmates Statements (if not recorded):** Took razor to shave his neck. Before he had a chance to use razor cause his attorney showed up so hid razor in underwear.

Inmates Plea: Not Guilty

Disposition Found: Guilty for Dangerous contraband in cell.

Action Taken (explain): 30 Days   out July 7, 2014 @ 1452   PP

Time: 1430        Date: 6/11/2014        Place: West Program

I have received a copy of this action and have been informed of my rights to appeal the decision, by filing a written request (on a Grievance Form) for review and my reasons for review with the Detention Center Administrator within twenty-four (24) hours.

Hearing Officer Signature                    Inmate Signature

Exhibit B

## Gallatin County Detention Center
## Disciplinary Offense Report

| | | | |
|---|---|---|---|
| Disciplinary # | 00001853 | Case Nbr | DC20140611-02 |
| Inmate Number | 29033 | | |
| Inmate Name | BRIGGS, KEVIN ANTHONY | Employee Name | Greydanus |
| Cell Assignment | A202 | | |

### Offense Details

Offense Date Time    06/11/2014 07:20

**Offenses**

Location Type    **Pod**

Location Description    A POD  A101

| Offense Type | Offense Code | Description |
|---|---|---|
| Minor 22 | MNV.S.22 | Detention Center Safety and Security/Minor Contrab |

**Offense Details**

On June 11, 2014 at approximately 0720 hours, I, DC Officer Greydanus was working at the Gallatin County Detention Center when I let inmate Briggs, Kevin (29033) out for his hour out in A pod. About a minute later Central Control (Officer Taylor) called over the radio that inmate Briggs had passed something to inmate Allred, Andrew (29292) in A101. I went into A pod and immediately asked inmate Briggs what he and inmate Allred had passed to each other. He said that it was a book. I asked to see the ones he had in his hands. I paged through them but found nothing. I asked him why he was passing things under the door. He said something like, I didn't know we couldn't. I told him to go lockdown for the remainder of his hour while I did some investigating.

I went to A 101 inmate Allred's cell and asked him what was passed between inmate Briggs and himself. He told me that he had given inmate Briggs a book. I asked him how long he had been in the facility. He said for a couple of months. I asked him if and when he had read his inmate manual; where it states not to pass anything or have unauthorized communication of any type, ie. notes or books from one inmate to another. I told him he would receive a write up for his actions. After doing some investigating, I went and talked to inmate Briggs to explain that I could take his hour out away if I felt that this incident was a facility safety and security issue. I told him I didn't think it was, so he would be allowed his hour out, but that he was receiving a write up for his actions.

This incident of passing a book between two locked down inmates in A pod violates the Inmates Manuel Section22 letter F of unauthorized communication of any type. Ie. hand gestures or notes
I have nothing further to report at this time.
Officer Greydanus

Evidence Disposition

### Inmate Witnesses

| Inmate # | Name |
|---|---|
| 29292 | ALLRED, ANDREW BRADY |
| 29033 | BRIGGS, KEVIN ANTHONY |

### Employee Witnesses

Name

Greydanus, Austin

_____ I waive my right to appear at the Adjustment Hearing to present my care.

_____ I request staff or inmate assistanceText

_____ I waive my right to call witnesses

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing

might be set as soon as possible.

_____ Inmate refuses to sign "preliminary hearing notification"

CCJI000232- BRIGGS - CONFIDENTIAL

Exhibit B

Inmate Signature _____

ate of Service _____

Serving Officer Signature_____

Date of Service 2014/6/11 @ 1600hrs

Reporting Officer Signature_____

Date of Report 2014/6/11 @ 0720hrs

Shift Supervisor Signature _____

Date of Review_____

06/11/2014 15:48

CCJI000233- BRIGGS - CONFIDENTIAL

Exhibit B

------------------

I'd like to appeal my previous grievance. How can I abuse a razor in presence of an officer? Inability to look after my appearance gives me a disadvantage in court.

**Subject:** Fwd from vgunnell2 : Grievances
   : Grievances/General Group
**From:**   29033  Kevin  Anthony  Briggs(Inactive)
1/17/1986
**Date:** 7/12/2014 5:01:27 AM
**Message:**
I'd like to appeal my previous grievance. How can I abuse a razor in presence of an officer? Inability to look after my appearance gives me a disadvantage in court.

**Subject:** Re:Special Request
**To:**   29033  Kevin  Anthony  Briggs(Inactive)
1/17/1986
**From:** vgunnell2
**Date:** 7/11/2014 10:33:07 PM
**Message:**
From where are they coming? Sgt. Gunnell
------------------
May I please get a special visit from my grandfolks, Jim and Winnie Borgialli next Tuesday?

**Subject:** Special Request
**To:** Special Requests Group
**From:**   29033  Kevin  Anthony  Briggs(Inactive)
' '17/1986
  .te: 7/10/2014 2:47:10 PM
**Message:**
May I please get a special visit from my grandfolks, Jim and Winnie Borgialli next Tuesday?

**Subject:** Grievances
**To:** Grievances/General Group
**From:**   29033  Kevin  Anthony  Briggs(Inactive)
1/17/1986
**Date:** 7/9/2014 2:00:29 PM
**Message:**
I'd like to appeal my previous grievance. How can I abuse a razor in presence of an officer? Inability to look after my appearance gives me a disadvantage in court.

**Subject:** Re:Grievances
**To:**   29033  Kevin  Anthony  Briggs(Inactive)
1/17/1986
**From:** nwaliser
**Date:** 7/9/2014 4:37:11 AM
**Message:**
Per Admin:
Your request is denied.

ᴄ. L Waliser
07-09-14 @ 0437
------------------

I'd like to please request permission to shave in presence of an officer. If safety is a concern, you could belly belt one hand and watch me carefully.

GOVI000135- BRIGGS - CONFIDENTIAL

Exhibit B

**Date:** 7/15/2014 3:55:25 PM
**Message:**
You have received a deposit online from InmateCanteen.Com:

**Subject:** Re:Grievances
**To:**      29033   Kevin   Anthony   Briggs(Inactive)
1/17/1986
**From:** vgunnell2
**Date:** 7/14/2014 8:04:54 PM
**Message:**
Forwarded to admin.
------------------
I'd like to continue my appeal on razor use. Reason for denial given was that  I don't have court for a while
but  I was in court today with a 5 o'clock shadow and on tv with it as well.

**Subject:** Fwd from vgunnell2 : Grievances
**To:** Grievances/General Group
**From:**      29033   Kevin   Anthony   Briggs(Inactive)
1/17/1986
**Date:** 7/14/2014 8:04:43 PM
**Message:**
I'd like to continue my appeal on razor use. Reason for denial given was that  I don't have court for a while
but  I was in court today with a 5 o'clock shadow and on tv with it as well.

**Subject:** Grievances
    **ɔ:** Grievances/General Group
**From:**      29033   Kevin   Anthony   Briggs(Inactive)
1/17/1986
**Date:** 7/14/2014 2:03:55 PM
**Message:**
I'd like to continue my appeal on razor use. Reason for denial given was that  I don't have court for a while
but  I was in court today with a 5 o'clock shadow and on tv with it as well.

**Subject:** Re:Grievances
**To:**      29033   Kevin   Anthony   Briggs(Inactive)
1/17/1986
**From:** jyoung
**Date:** 7/14/2014 1:58:38 PM
**Message:**
Mr. Briggs,

At this time your razor privileges are still suspended.  Choices you have made have led to the loss of this
privilege.  An officer will not stand by to allow you a privilege you have abused.  Your trial date is still a
ways off so there are not any disadvantages in court.  As to your trial date, you may request a written order
from the Judge to accomodate shaving; but not until that time, and there is no guarantee the Judge will
grant it.

..  ṡpectfully,

SSgt. Young
------------------
I'd like to appeal my previous grievance. How can  I abuse a razor in presence of an officer? Inability to look

CCJI000133- BRIGGS - CONFIDENTIAL

Exhibit B

# Gallatin County Detention Center Incident Report / Rule Infraction

| | | | |
|---|---|---|---|
| Incident Report # | 00002228 | Case Nbr | 20140717-03 |
| Incident DateTime | 07/17/2014 16:00 | | |
| Subject | PHYSCIAL ALTERCATIONS | | |
| Incident | BRIGGS BLACK EYE | | |

## Inmates Involved

Inmate #     Name

Details of incident or rule infraction

On July 17 2014 at approximately 1600 hrs I, Officer Matthew Porter DC51, was working west station and while conducting a round in Dpod noticed Inmate Briggs, Kevin #29033 had a black eye. I called him out of Dpod saying he had an interview and brought him down to talk with Briggs. Briggs would not talk about what had happened to his eye except when I asked him if he did it to himself he said "No".

I told Briggs that we would be looking into the matter.

I talked with Briggs 7/16/2014 at approximately 1400 for about five minutes during hygiene exchange and he did not have anything wrong with his face.

Briggs did not come out of his cell for breakfast or lunch on 7-17-2014.

I inform my shift SGT. Eckhart DC18.

I asked Briggs if he needed medical attention. He said, "no thank you"

Action Taken     I offered medical attention. I asked if there was anything we could do or who did it.

Recommendation     Check video and interview other inmates in Dpod

_____

Officer Signature

7-17-2014

Date

Porter, M
Reporting Officer

_____

Sergeant

7-18-14   0442 hrs.

Date

## Gallatin County Detention Center Incident Report / Rule Infraction

| | | |
|---|---|---|
| Incident Report # | 00002326 | Case Nbr    20140903-01 |
| Incident DateTime | 09/03/2014 15:00 | |
| Subject | GENERAL INCIDENT | |
| Incident | FOUND PICTURES IN PROPERTY | |

### Inmates Involved

| Inmate # | Name |
|---|---|
| 29033 | BRIGGS, KEVIN ANTHONY |

Details of incident or rule infraction

On the above date and approximate time, Officer Metcalf informed me that Sergeant Eckhardt had wanted me to perform a unclothed body search and a full cell search of Inmate Briggs. While Officer Hartsell and I were searching through his property, I noticed a picture of an unclothed female. The picture was in a packet that was labeled "Discovery". I continued scanning through the other papers in the file and noticed that there were a lot more pictures of the same nature. I notified Sergeant Eckhardt and handed the packet over to her. There is nothing further to report at this time.

Action Taken

Recommendation

_____          _____

Officer Signature                                          Date

Taylor, B
Reporting Officer

_____          _____

Sergeant                                                     Date

## Gallatin County Detention Center Incident Report / Rule Infraction

| | | | |
|---|---|---|---|
| Incident Report # | 00002327 | Case Nbr | 20140903-01 |
| Incident DateTime | 09/03/2014 12:30 | | |

Subject          GENERAL INCIDENT

Incident         BRIGGS BLOOD ON
                 SHEETS

### Inmates Involved

| Inmate # | Name |
|---|---|
| 29033 | BRIGGS, KEVIN ANTHONY |

Details of incident or rule infraction

On September 3, 2014 I, DC61/Metcalf was working the West Sub Control Station at the Gallatin County Detention Center. At approximately 1230 DC34/Hartsell told DC33/Taylor and I that while doing a round in E POD she noticed blood on the bed sheets that belonged to Inmate Briggs/29033. Officer Taylor and I immediately went into Briggs's cell E201 to investigate. Upon entering the cell Officer Taylor began questioning Briggs about the blood that we could see on his bed sheets. Briggs informed us that he has bad allergies and routinely gets bloody noses. Officer Taylor asked to see both of Briggs's hands and then I asked to see the inside of his mouth. Neither of which appeared to have any blood on them. Officer Taylor and I then exited the cell. I then exited E POD and left the West Side of the facility entirely.

At approximately 1345 I returned to the West Sub Control Station. I spoke with Officer Taylor and Officer Hartsell and told them that we had forgotten to check in-between Briggs's fingers and toes for open cuts or blood. I then returned to E201. I did another inspection of his bed sheets and bedding materials. I then asked Mr. Briggs to show me in-between his fingers and toes. I did not see any open cuts or blood in either place. I then asked to see Briggs's arm pits. I did not see any wounds there either. At this time I returned Briggs to his cell and went to the East Sub Control Station where I called DC18/Sgt. Eckhardt and informed her of the situation. She instructed me to tell Officer Taylor to do a strip search and cell search of Briggs. I relayed the message to Officer Taylor. I have nothing further to report.

Action Taken

Recommendation

_____          _____

Officer Signature                        Date

METCALF, JESS

Reporting Officer

CCJI000172- BRIGGS & CONFIDENTIAL Exhibit B

Briggs – Initial appearance today on new charges. Maintain no razor at this time, continue to lock him down while others get razors. Will continue to evaluate.

## TEAM Meeting
## 07/22/14

Briggs (D Pod) – Has a black eye, staff unable to see an incident on video as to how this happened. Possible self injury. He has been using the law library and watching movements through the sally ports. Please keep a close on him.

## TEAM Meeting
## 07/28/14

Nothing noted.

## TEAM Meeting
## 08/04/2014

Briggs – (D Pod) Cell needs cleaning. Eckhardt will take care of.

## TEAM Meeting
## 08/11/2014

Nothing noted.

## TEAM MEETING
## 08/18/14

Nothing noted.

## TEAM Meeting
## 08/25/14

Nothing noted.

## TEAM Meeting
## 09/02/14

Nothing noted.

Exhibit B

Team Meeting
09/08/14

Briggs (E Pod) – He is up for classification but administration has determined he is not allowed to move lower than a medium.

TEAM MEETING
09-15-14

Nothing noted.

TEAM Meeting
09-22-14

Nothing noted.

TEAM Meeting
09-29-14

Nothing noted.

TEAM Meeting
10/06/14

Nothing noted.

Team Meeting
10/20/14

Nothing noted.

TEAM Meeting
10/27/14

Nothing noted.

TEAM Meeting
11/3/14

Nothing noted.

## Gallatin County Detention Center
## Disciplinary Offense Report

| | | | | |
|---|---|---|---|---|
| Disciplinary # | 00002081 | Case Nbr | | DC20141108-001 |
| Inmate Number | 29033 | | | |
| Inmate Name | BRIGGS, KEVIN ANTHONY | Employee Name | REAGAN | |
| Cell Assignment | | | | |

### Offense Details

| | | | | |
|---|---|---|---|---|
| Offense Date Time | 11/08/2014 11:30 | | **Offenses** | |
| Location Type | Pod | Offense Type | Offense Code | Description |
| Location Description | E POD DAYROOM | Minor 22 | MNV.S.22 | Detention Center Safety and Security/Minor Contrab |

**Offense Details**

On 11-8-2014, I, DC Moorhead was working the West Side at the Gallatin County Adult Detention Center. I entered E Pod to conduct hygiene pass. Inmate Briggs is currently not allowed to be in the day room with other inmates while razors are in the pod due to safety and security reasons. Inmate Briggs was told to lock down, in which he slowly gathered his belongings, and continued to talk to other inmates. He continued to move slowly up the stairs and entered his room without shutting the door. I waited a bit longer, in which Inmate Briggs came to the entry of cell, continuing to move slowly, which was interfering with my hygiene pass. I then told Inmate Briggs to again lock down. Inmate Briggs stated, "You need to calm down," and slowly shut his door. Inmate Briggs will be on lock down in E Pod for 23 hours for disrespect. His lock down will begin 11-8-14 at 1130, and will end 11-9-14 at 1030. Nothing further to report.

Evidence Disposition

| **Inmate Witnesses** | | **Employee Witnesses** |
|---|---|---|
| Inmate #     Name | | Name |

_____ I waive my right to appear at the Adjustment Hearing to present my care.

_____ I request staff or inmate assistanceText

_____ I waive my right to call witnesses

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing

might be set as soon as possible.

_____ Inmate refuses to sign "preliminary hearing notification"

## Gallatin County Detention Center
### Disciplinary Offense Report

| | | | | |
|---|---|---|---|---|
| Disciplinary # | 00002117 | Case Nbr | | 20141204-06 |
| Inmate Number | 29033 | | | |
| Inmate Name | BRIGGS, KEVIN ANTHONY | Employee Name | Porter | |
| Cell Assignment | E201 | | | |

### Offense Details

| | | |
|---|---|---|
| Offense Date Time | 12/04/2014 13:00 | |
| Location Type | Pod | |
| Location Description | E201 | |

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Minor 12 | MNV.S.12 | Care of Living Area & Housekeeping |

**Offense Details**

On 12/04/2014 between 1300 and 1400 hrs I, Officer Porter DC 51, conducted cell searches in Epod. Cell E201 assigned to Inmate Briggs #29033 contained an extra uniform, excess food, and excess books. Briggs is in violation of MNV.S.12 and will be locked down until 12/05/2014 1100hrs.
Nothing Follows

Evidence Disposition

**Inmate Witnesses**

| Inmate # | Name |
|---|---|

**Employee Witnesses**

| Name |
|---|

_____ I waive my right to appear at the Adjustment Hearing to present my care.

_____ I request staff or inmate assistanceText

_____ I waive my right to call witnesses

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set as soon as possible.

_____ Inmate refuses to sign "preliminary hearing notification"

Inmate Signature  _____         Date of Service  _____

CCJI000245- BRIGGS- CONFIDENTIAL

Serving Officer Signature_____

Reporting Officer Signature_____

Shift Supervisor Signature _____

Date of Service _12-0 4-20/4_

Date of Report _12-04-201 4_

Date of Review_____

CCJI000246- BRIGGS- CONFIDENTIAL

TEAM Meeting
11/10/14

Nothing noted.

TEAM Meeting
11/17/14

Nothing noted.

TEAM Meeting
11/24/14

Nothing noted.

TEAM Meeting
12/02/14

Nothing noted.

TEAM Meeting
12/08/14

Briggs (E Pod) – His attorney Chuck Watson has set up a polygraph for tomorrow. Miller is working to get this set up.

TEAM Meeting
12/15/14

Briggs (E Pod) – He has been on edge about contacting his attorney. Briggs will be moved to D Pod at this time do to him being a witness in Bullocks case.

TEAM Meeting
12/22/14

Briggs (D Pod) – He is starting to act differently. Professional visits need to be in the program classroom not the small interview rooms.

Exhibit B

## Gallatin County Detention Center
## Disciplinary Offense Report

| | | | |
|---|---|---|---|
| Disciplinary # | 00002140 | Case Nbr | DC20141231-04 |
| Inmate Number | 29033 | | |
| Inmate Name | BRIGGS, KEVIN ANTHONY | Employee Name | PENGRA |
| Cell Assignment | | | |

### Offense Details

Offense Date Time  12/31/2014 22:45

Location Type  Pod

Location Description  IN FRONT OF D106

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Minor 12 | MNV.S.12 | Care of Living Area & Housekeeping |

Offense Details

On December 31, 2014, I, DC49/Officer Pengra was working on the west-side of Gallatin County Detention center. I had allowed the inmates on the west-side to keep their pod televisions on and their cuff ports open in observation of New Years Eve.

At approximately 2245 hours, I was conducting a security round through E-pod. I noticed wads of wet toilet paper thrown onto the pod floor. Inmate Kevin Briggs (29033) confessed he had been throwing the paper wads. I turned off the television and locked all of the open cuff ports.

Inmate Briggs will be on 23-hour lock down with his hour out in the morning. Inmate Briggs will come off of lock down January 1, 2015 at 2200 hours. Inmate Briggs is expected to clean up the mess he made with the paper wads during his hour out.

Evidence Disposition

| **Inmate Witnesses** | **Employee Witnesses** |
|---|---|
| Inmate #    Name | Name |

_____ I waive my right to appear at the Adjustment Hearing to present my care.

_____ I request staff or inmate assistanceText

_____ I waive my right to call witnesses

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing

might be set as soon as possible.

_____ Inmate refuses to sign "preliminary hearing notification"

Inmate Signature  _____

Date of Service _____

CCJI000208- BRIGGS & CONFIDENTIAL

TEAM MEETING
12/29/14

Briggs (D Pod) – Is in court most of today for pre-trial motions. Officers noted he had started acting differently last week. He did receive a disciplinary from Sgt Miller this morning.

TEAM MEETING
01/05/15

Nothing noted.

TEAM Meeting
01/12/15

Nothing noted.

TEAM Meeting
01/20/15

Nothing noted.

TEAM Meeting
01/27/15

Briggs (D Pod) – His attorneys have decided not to represent him.
- Reclassification Team: keep on medium classification per JJ
- Attny Watson is the owner of his court clothes, he will come pick them up
- Not allowed out while razors are out in the pod

TEAM Meeting
02/02/15

Briggs (D Pod) – He is working on getting a new attorney.
- Reclassification Team: keep on medium classification per JJ
- Not allowed out while razors are out in the pod

TEAM Meeting
02/09/15

Briggs, Kevin (D Pod) – Keep as a medium classification per JJ.
- NO RAZORS OR CLIPPERS
- Maintain medium classification per DC Administrator.

Exhibit B

TEAM Meeting
02/17/15

Briggs, Kevin (D Pod) – Keep as a medium classification per JJ.
- NO RAZORS OR CLIPPERS
- Maintain medium classification per DC Administrator.

TEAM Meeting
02/23/15

Briggs, Kevin (A Pod) – On disciplinary for fighting with Steele. He continues to bug Steele while in A Pod and we may have some behavior problems with him.
- NO RAZOR OR CLIPPERS
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
03/02/15

Briggs, Kevin (A Pod) – On disciplinary for fighting with Steele. He continues to bug Steele while in A Pod and we may have some behavior problems with him.  Watch for Steele yelling at him.
- NO RAZOR OR CLIPPERS
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
03/10/15

Briggs, Kevin (A Pod) – Omni on Wednesday Salvagni's court. He will be attending.
- NO RAZOR OR CLIPPERS (Can for court with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
03/16/15

Briggs, Kevin (A Pod) – Went to court, has new trial date in July.
- NO RAZOR OR CLIPPERS (Can for court with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
03/23/15

Briggs, Kevin (A Pod) – Went to court, has new trial date in July.
- NO RAZOR OR CLIPPERS (Can for court with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

Exhibit B

**NOTICE TO APPEAR AND COMPLAINT**   ISSUED BY   GALLATIN COUNTY DETENTION CENTER   DC# _2015:R01-01_

INMATE NAME   FIRST: _KEVIN_   MIDDLE: _ANTHONY_   LAST: _BRIGGS_

INMATE #: _29033_   CELL ASSIGNMENT: _D106_   TIME & DATE: _2/1/15 @ 0640_

**THE ABOVE NAMED INMATE IS CHARGED WITH VIOLATING**

OFFENSE TYPE: _MINOR_   OFFENSE CODE: _MNV.S. 12_   DESCRIPTION: _CARE OF LIVING AREA & HOUSE-KEEPING_

IN THAT SAID INMATE DID PURPOSELY, KNOWINGLY OR NEGLIGENTLY: _AT 0635 HOURS ALL OF_

_D-POD WAS ASKED TO GET UP & CLEAN. WHILE THE OTHER INMATES CAME_

_OUT TO CLEAN, BRIGGS WENT BACK TO SLEEP, LEAVING THE OTHERS TO CLEAN THE_

_POD._

LOCATION: _D-POD_   BADGE #: _43_   SIGNATURE: _Pfohl_

Exhibit B

## Gallatin County Detention Center
## Disciplinary Offense Report

| | | | |
|---|---|---|---|
| Disciplinary # | 00002195 | Case Nbr | 00000182 |
| Inmate Number | 29033 | | |
| Inmate Name | BRIGGS, KEVIN ANTHONY | Employee Name | HARTSELL |
| Cell Assignment | D106 | | |

### Offense Details

Offense Date Time    02/09/2015 20:40

Location Type    **Pod**

Location Description    D POD DAY ROOM

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Minor 22 | MNV.S.22 | Detention Center Safety and Security/Minor Contrab |

**Offense Details**

On February 9, 2015 at approximately 2040 hours I, Officer Hartsell (DC34), was conducting a round in D Pod when I was approached by Inmate Briggs, Kevin (inmate #29033) inquiring about going to recreation. Briggs stated that he could not attend rec earlier because he had been locked down during razor pass. However, the shift log indicated that rec had been offered twice to that pod. In addition, Briggs had been persistent in inquiring the status of his question to both myself and Officer Hampton (DC53) in person and over the intercom for approximately two hours. Earlier in the shift I had been told by Sergeant Gunnel (DC28) and Officer Hampton (DC53) that if Briggs inquired one more time about rec that he was to be locked down, since his inquiries had already been addressed. His persistent use of the intercoms presented a safety and security hazard and took officers away from more urgent matters in the facility. Briggs is being charged with a minor rule violation, MNV.S.22, Detention Center Safety and Security. Briggs will be locked down for 23 hours. Nothing further to report.

Evidence Disposition

**Inmate Witnesses**

Inmate #    Name

**Employee Witnesses**

Name

_____ I waive my right to appear at the Adjustment Hearing to present my care.

_____ I request staff or inmate assistanceText

_____ I waive my right to call witnesses

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set as soon as possible.

_____ Inmate refuses to sign "preliminary hearing notification"

CCJI000247- BRIGGS - CONFIDENTIAL

Inmate Signature _____

Date of Service _____

Serving Officer Signature _Ann Hartsell 34_

Date of Service 2·9·15

Reporting Officer Signature _____

Date of Report _____

Shift Supervisor Signature _____

Date of Review 2/9/15

## Gallatin County Detention Center Incident Report / Rule Infraction

Incident Report #       00002676                          Case Nbr

Incident DateTime       02/21/2015 09:50

Subject          DISTRUPTIVE BEHAVIOR

Incident         VERBAL CONFRONTATION

### Inmates Involved

| Inmate # | Name |
|---|---|
| 30740 | STEELE, TOMMY RAY |
| 29033 | BRIGGS, KEVIN ANTHONY |

Details of incident or rule infraction

On February 21, 2015, I, Officer Beausoleil, was working as the West Utility Officer. At approximately 0950 hours I could hear loud voices coming out of D-pod. I watched Inmate Briggs walk into his cell standing by his door looking out towards the day room towards Inmate Steele's direction. Inmate Steele then walked into his cell pushed the Intercom from D101 where he was housed. Inmate Steele stated that Inmate Briggs was wanting Inmate Steele to enter into cell D106 to fight. I paged into D106 where Inmate Briggs was standing. I asked Inmate Briggs what was going on and he stated nothing. I asked if he was asking for Inmate Steele to enter into his cell to fight and Inmate Briggs stated no. I informed Inmate Briggs that if he was that he needed to stop. Inmate Briggs then came to the main D-pod D-1 door. I informed for the whole pod to lock down.

Action Taken     Kept on Lock down till further review into the situation going on between Inmate
                 Steele and Inmate Briggs.

Recommendation

_____          _____

Officer Signature                        Date

Beausoleil, B

Reporting Officer

_____          _____

Sergeant                                 Date

CCJI000164- BRIGGS & CONFIDENTIAL

## Gallatin County Detention Center
## Disciplinary Offense Report

| | | | | |
|---|---|---|---|---|
| Disciplinary # | 00002210 | Case Nbr | | DC20150221 |
| Inmate Number | 29033 | | | |
| Inmate Name | BRIGGS, KEVIN ANTHONY | Employee Name | Waliser | |
| Cell Assignment | D106 | | | |

### Offense Details

Offense Date Time    02/08/2015 06:45

Location Type    **Pod**

Location Description    ALL OFFENSES HAPPENED IN THE D-POD DAYROOM. 2ND OFFENSE WAS ON 02-11-15 @ 2002 AND THE 3RD OFFENSE WAS ON 02-20-15 @ 2025

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major 1 | MJV.00.01a | Fighting/Physical Force |
| Major 1 | MJV.00.01a | Fighting/Physical Force |
| Major 2 | MJV.00.02g | Arguing, being rude, disrespectful, insulting towards staff or inmates or v |

Offense Details

On 02-21-15 at approximately 0950, I, Sgt. Waliser/60 was made aware that Officer Beausoleil had to lock down the entire pod in Delta (Mediums), due to Inmates Steele and Briggs having a verbal altercation.

Within the following hour, I was given intel that there may have been actual physical fights in D-Pod during the month of February.

Video evidence shows that both Inmates Steele and Briggs were involved in a verbal fight on 02-08-15 at approximately 0645 hours and that in fact Steele did punch Briggs with a closed right fist once in the face right outside of D-101. Although Briggs did not assault Steele in any way, I am writing Briggs up for his role in instigating this fight and refusing to lock himself down, thus removing himself from the situation.

Video evidence shows that both Inmates Steele and Briggs were involved in a verbal fight on 02-011-15 at approximately 2002 hours and that in fact Steele did punch Briggs with a closed right fist twice in the face right by the D-Pod phone. Although Briggs did not assault Steele in any way, I am writing Briggs up for his role in instigating this fight and refusing to lock himself down, thus removing himself from the situation.

On 02-20-15 at 2025 hours, video evidence shows that Briggs was sitting at the table closest to D-108 and at this time turned and threw what appeared to be food at Inmate Steele, thus being rude, disrespectful, and insulting towards Inmate Steele. This incident could have resulted in another fight.

See incident report for full details. Briggs was issued his initial notification of this write up by ticket on 02-22-15 @ 0730.

End of report.

Sgt. Waliser/60
02-22-15 @ 1054
.

Evidence Disposition

**Inmate Witnesses**                                        **Employee Witnesses**

Inmate #     Name Michael Fuchs                  Name

CCJI000290- BRIGGS - CONFIDENTIAL

_____ I waive my right to appear at the Adjustment Hearing to present my care.

_____ I request staff or inmate assistanceText

_____ I waive my right to call witnesses

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing

might be set as soon as possible.

_____ Inmate refuses to sign "preliminary hearing notification"

Inmate Signature _____                    Date of Service _____

Serving Officer Signature___SGT A W/L 60___                      Date of Service___2-22-15___ 1101

Reporting Officer Signature_____                Date of Report_____

Shift Supervisor Signature _____               Date of Review_____

CCJI000291- BRIGGS - CONFIDENTIAL
02/22/2015 10:56

# GALLATIN COUNTY SHERIFF'S OFFICE
# DETENTION CENTER
# Major Rule Infraction Report

Reporting Officer: **Powell 56**
Inmate Name/Booking Number: **BRIGGS, KEVIN ANTHONY**
Inmates Cell Assignment: **A-101**
Date/Time of Incident: **2/8/15@06:45 /2/11/15@20:02**
Place of Incident: **D-POD**
Witnesses: **Camera**
Other Inmate(s) Involved:

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Alleged Violation(s) of the Inmate Handbook:
    **MJV.00.02 ARGUING, BE RUDE,DISRESPECTFUL TWARDS INMATES**

### Description of Incident:
        On 02-21-15 at approximately 0950, I, Sgt. Waliser/60 was made aware that Officer Beausoleil had to
lock down the entire pod in Delta (Mediums), due to Inmates Steele and Briggs having a verbal altercation.

    ithin the following hour, I was given intel that there may have been actual physical fights in D-Pod during the
month of February.

Video evidence shows that both Inmates Steele and Briggs were involved in a verbal fight on 02-08-15 at
approximately 0645 hours and that in fact Steele did punch Briggs with a closed right fist once in the face right
outside of D-101. Although Briggs did not assault Steele in any way, I am writing Briggs up for his role in
instigating this fight and refusing to lock himself down, thus removing himself from the situation.

Video evidence shows that both Inmates Steele and Briggs were involved in a verbal fight on 02-011-15 at
approximately 2002 hours and that in fact Steele did punch Briggs with a closed right fist twice in the face right
by the D-Pod phone. Although Briggs did not assault Steele in any way, I am writing Briggs up for his role in
instigating this fight and refusing to lock himself down, thus removing himself from the situation.

On 02-20-15 at 2025 hours, video evidence shows that Briggs was sitting at the table closest to D-108 and at
this time turned and threw what appeared to be food at Inmate Steele, thus being rude, disrespectful, and
insulting towards Inmate Steele. This incident could have resulted in another fight.

See incident report for full details. Briggs was issued his initial notification of this write up by ticket on 02-22-
15 @ 0730.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

. nave received a copy of this action and have been informed of my rights to:
    **1. Have a hearing on: Date: 02/26/2015               Time: TBD**
    **2. Submit a list of witnesses for the hearing.**

Exhibit B

3. Present evidence on my own behalf.

4. Obtain a lay-advisor, which will include the inmate of my choice or any staff member working on the day of the scheduled hearing if deemed necessary by the disciplinary hearing officer.

5. Notify my lay-advisor in writing, if approved, of witnesses and meet with the lay-advisor on the date of the scheduled hearing.

6. Notify the disciplinary hearing officer in writing of the request for a lay-advisor and witnesses prior to the scheduled hearing.

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the Inmate Handbook.

Date: 03/22/2014     Time: 1400     Place: A.b.c.

Hearing Officer: _Cradl 56_     Inmate Signature: _KABriggs_

## GALLATIN COUNTY SHERIFF'S OFFICE
## DETENTION CENTER
## Major Rule Infraction Report Hearing

Inmate Name/Booking Number: BRIGGS, KEVIN ANTHONY

## Miranda Warning

You have the right to remain silent.  Anything you say, can and will be held against you in a Court of Law.  You have the right to talk to a lawyer and have your lawyer present while you are being questioned.  If you cannot afford to hire a lawyer, one will be appointed to represent you, free of any cost to you.  You can decide at any time to exercise these rights and not answer any questions or make any statement.

You should also understand that your refusal to answer any questions or make any statements can not be held against you in a Court of Law, however, your refusal to answer questions can be used as an element of guilt at this hearing.

Do you understand these rights?  Knowing these rights, do you wish to talk to me?

Rights Read: YES_____ NO_     Hearing Recorded: YES_____ NO

Evidence Present: Camera

Witnesses:

_.iy-Advisor:

Inmates Statements (if not recorded):

Exhibit B

**Inmates Plea:**

**Disposition Found:**

 :tion Taken (explain): .

Time: _____          Date: _____          Place: _____

I have received a copy of this action and have been informed of my rights to appeal the decision, by filing a written request (on a Grievance Form) for review and my reasons for review with the Detention Center Administrator within twenty-four (24) hours.

_____          _____
**Hearing Officer Signature**                      **Inmate Signature**

CCJI000281- BRIGGS - CONFIDENTIAL

Exhibit B

## Gallatin County Detention Center Incident Report / Rule Infraction

| | | | |
|---|---|---|---|
| Incident Report # | 00002683 | Case Nbr | DC20150223 |
| Incident DateTime | 02/23/2015 09:16 | | |

Subject        PHYSCIAL ALTERCATIONS / ASSAULT

Incident      STEELE / BRIGGS INTEL

### Inmates Involved

| Inmate # | Name |
|---|---|
| 30740 | STEELE, TOMMY RAY |
| 29033 | BRIGGS, KEVIN ANTHONY |

Details of incident or rule infraction

On 02-21-15, I, Sgt. Waliser/60 had just received her briefing on D-Pod, Inmate Steele, and Inmate Briggs, which is listed below. Shortly thereafter Briggs contacted me on the intercom and stated he wanted to talk to me. I told him no and that he would have to communicate with me via the kiosk messaging system. Briggs then stated, "You wanna know what that fight was over, it was over the broom and the fact that Steele was sweeping his dirt into the dayroom." I asked Briggs if he could provide me with specific dates and times, so I could investigate his claims. Briggs stated, "Wed or Thurs last week the 11th, Steele split his lip and hit him three times by the phone around 8 pm." The video did show this and in fact Steele hit Briggs two times. Briggs also stated, "Steele was bullying him and assaulted him on Sunday the 8th at 6:45 AM." Video does confirm that Steele hit him once.

When I asked Briggs on Saturday 02-21-15 if he would like to press charges for these prior incidents Briggs stated, "No, I don't want to press charges! I'm upset that he got moved out of the pod." I spoke with Officer Powell and ask if he had asked Briggs recently if he wanted to press charges and he said he had and that Briggs again said no.

After reviewing video, I went to D-Pod to speak with Steele. I asked Steele if he remembered when I wrote him up a few weeks ago and told him that I had video of him then and that I have video footage of him assaulting an inmate and Steele replied, "You don't have video footage of me hitting anybody today you don't." Steele followed up by saying, "Was was just horse playing Sarge." I asked Steele if he normally punches people while horseplaying? When Steele was in A-104 I asked him if this was the only time that he assaulted that inmate and Steele stated, "That fucking rape-o has been taunting me!" I asked him again and Steele stated that, "I only pushed him away from the phone that one time." I told Steele that we both know it happened more than once and Steele replied, "I hit him like whop, whop, whop."

In regards to Briggs, I don't have video evidence of him assaulting Steele. However, in all of the video footage it appears as though Briggs is continually challenging / taunting / harassing, or inciting a fight between him and Steele. Instead of creating distance, locking down, or notifying staff those days when the problems were occurring between the two, Briggs created a physical fight stemming from his words. On 02-20-15 at 2025 hours, Briggs was being rude, disrespectful, and insulting towards Steele by throwing food at him, yet again instigating another situation where a fight could have resulted.

Below is the incident report from Officer Beausoleil describing the grounds for locking down all of the medium classed inmates in D-Pod on Saturday 02-21-15:

On February 21, 2015, I, Officer Beausoleil, was working as the West Utility Officer. At approximately 0950 hours I could hear loud voices coming out of D-pod. I watched Inmate Briggs walk into his cell standing by his door looking out towards the day room towards Inmate Steele's direction. Inmate Steele then walked into his cell pushed the intercom from D101 where he was housed. Inmate Steele stated that Inmate Briggs was wanting Inmate Steele to enter into cell D106 to fight. I paged into from D106 where Inmate Briggs was standing. I asked Inmate Briggs what was going on and he stated nothing. I asked if he was asking for Inmate Steele to enter into his cell to fight and Inmate Briggs stated no. I informed Inmate Briggs that if he was that he needed to stop. Inmate Briggs then came to the main D-pod D-1 door. I informed for the whole pod to lock down.

Below is an email describing some of Inmate Steele's recent phone calls:

Here are some excerpts from Steele's phone calls yesterday morning.

In one instance (2/22/15 at 10:03, 10m 50s) it is apparent he is holding a razor when he says, "(inaudible)...end all this shit. I've got the fucking tool right here in my hand." (2/22/15 at 10:35, 5m 25s) "I can't even tell you what I've already come up with, I've already plotted and planned what to do after the 2nd. And that's just a one day disaster for this place. They have no idea what kind of motherfucker I can really be."

In another instance (2/22/15 at 10:35, 6m 15s) he says, "If they come and take my canteen after they find me guilty on this, that's

CCJI000287- BRIGGS-1CONFIDENTIAL

gonna be the hard part for me, not to retaliate in some way." (2/22/15 at 10:35, 13m) "I'm struggling not to be a monster. These guys don't have any idea what kind of shit I can do." (2/22/15 at 10:03, 12m 40s) "...sons of bitches, they're not gonna get away with it. These motherfuckers better pray to god I have a change of heart when I get the fuck free this time."

Nothing further to report at this time.
Sgt. Waliser/60
02-23-15 @ 1047

Action Taken

Recommendation

_____          _____

Officer Signature                                          Date

Waliser, N

Reporting Officer

$SGT \; N \; W/L \; 60$

Sergeant

$2-23-15 @ 1047$

Date

CCJI000288- BRIGGS- CONFIDENTIAL
02/23/2015 16:49

## GALLATIN COUNTY SHERIFF'S OFFICE
## DETENTION CENTER
## Major Rule Infraction Report

Reporting Officer: _Walizer_
Inmate Name/Booking Number: _Briggs_
Inmates Cell Assignment: _D Pod_
Date/Time of Incident: _2-8-15 / 2-11-15_
Place of Incident: _D Pod_
Witnesses:
Other Inmate(s) Involved: _Steele, T_

----------------------------------------------------------------------------------

Alleged Violation(s) of the Inmate Handbook:

Description of Incident:
_see report_

----------------------------------------------------------------------------------

I have received a copy of this action and have been informed of my rights to:
   1. Have a hearing on: Date: _2-26-15_        Time: _TBD_
   2. Submit a list of witnesses for the hearing.
   3. Present evidence on my own behalf.
   4. Obtain a lay-advisor, which will include the inmate of my choice or any staff member working on the day of the scheduled hearing if deemed necessary by the disciplinary hearing officer.
   5. Notify my lay-advisor in writing, if approved, of witnesses and meet with the lay-advisor on the date of the scheduled hearing.
   6. Notify the disciplinary hearing officer in writing of the request for a lay-advisor and witnesses prior to the scheduled hearing.

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the Inmate Handbook.

Date: _2-26-15_        Time: _0924_        Place: _____
Hearing Officer: _____36        Inmate Signature: _KABriggs_

Exhibit B

## GALLATIN COUNTY SHERIFF'S OFFICE
## DETENTION CENTER
## Major Rule Infraction Report Hearing

Inmate Name/Booking Number: *Briggs*

### Miranda Warning

You have the right to remain silent. Anything you say, can and will be held against you in a Court of Law. You have the right to talk to a lawyer and have your lawyer present while you are being questioned. If you cannot afford to hire a lawyer, one will be appointed to represent you, free of any cost to you. You can decide at any time to exercise these rights and not answer any questions or make any statement.

You should also understand that your refusal to answer any questions or make any statements can not be held against you in a Court of Law, however, your refusal to answer questions can be used as an element of guilt at this hearing.

Do you understand these rights? Knowing these rights, do you wish to talk to me?

Rights Read: YES____ NO⊗___ Hearing Recorded: YES____ NO✗___

**Evidence Present:**

**Witnesses:**

**Law-Advisor:**

**Inmates Statements (if not recorded):** *Not Guilty on 1 fighting charge.*

**Inmates Plea:** *Not Guilty / Plead guilty to throwing food*

**Disposition Found:** *Guilty for fighting 35 days C/D w/ credit for time*

**Action Taken (explain):** *N/P cut on 3.26.15 @ 0930*

Time: *0920*     Date: *2-26-15*     Place: *West Programs*

I have received a copy of this action and have been informed of my rights to appeal the decision, by filing a written request (on a Grievance Form) for review and my reasons for review with the Detention Center Administrator within twenty-four (24) hours.

_____ 36

**Hearing Officer Signature**
*T Taylor*

_____

**Inmate Signature**

Exhibit B

**NOTICE TO APPEAR AND COMPLAINT**   ISSUED BY   GALLATIN COUNTYDETENTION CENTER   DC# 60

INMATE NAME   FIRST: Kevin   MIDDLE: Anthony   LAST: Briggs

INMATE #: 29033   CELL ASSIGNMENT: D-106   TIME & DATE: 2-8-15 0645

THE ABOVE NAMED INMATE IS CHARGED WITH VIOLATING MJV.00.01 Dangerous conduct
- (2x) MAJor
OFFENSE TYPE: MAJor   OFFENSE CODE MJV.00.02   DESCRIPTION:
2-11-15 2002
2-20-15 2025
Disruptive Conduct

IN THAT SAID INMATE DID PURPOSELY, KNOWINGLY OR NEGLIGENTLY:

(2x) ON 2-8 + 2-11 Engaged in Fighting (Inmate will be given copy of report)
ON 2-20-15 Threw Food At Another inmate insulting + Being disrectful
towards That inmate.

LOCATION: D-Pod Dayroom   BADGE #: 60   SIGNATURE: SGT W Alier
2-22-15 @ 0730

Exhibit B

## Gallatin County Detention Center Incident Report / Rule Infraction

| | | | |
|---|---|---|---|
| Incident Report # | 00002784 | Case Nbr | DC20150414-01 |
| Incident DateTime | 04/14/2015 09:30 | | |

Subject      GENERAL INCIDENT

Incident     NOTICING BRIGGS WITH A
BLACK EYE

### Inmates Involved

| Inmate # | Name |
|---|---|
| 29033 | BRIGGS, KEVIN ANTHONY |

Details of incident or rule infraction

On Tuesday, April 14, 2015 at approximately 1635 hours, I Officer Eckhardt was headed through the west slider while Briggs, Kevin walked down the hallway being escorted by an officer. It was at this point that I saw Briggs had a black left eye. I finished the task I was doing on the west side of the jail and immediately reported to the Corporal/Sergeant Office where I spoke to Cpl. Lauchnor and Sgt. Slyngstad. I stated "I had just seen Briggs walk through the west slider to the computer lab and that he had a new black left eye since medication pass". When I escorted Nurse Young around the facility to pass medication Briggs, had stood in his window and asked for some medication. Nurse Young crushed Briggs' medication; it was poured into a paper cup given to him for medication pass. I did not see Briggs with a black left eye at med pass; medication pass was completed between 0930 -1030 hours on 04/14/2015.

On April 15, 2015 while conducting medication pass, I approached Brigg's cell D101. I asked "What happened to your eye?" He stated "I caught an elbow in the rec yard." I responded with "ouch that hurts".
No further incident.
End of report.

L. Eckhardt

Action Taken    Sgt. Slyngstad and Cpl. Lauchnor were notified of my finding for further
investigation.

Recommendation

_(signature)_

Officer Signature

4/16/15

Date

Eckhardt, L

Reporting Officer

_(signature)_     59    4-16-15

DC18 Eckhardt

CCJI000249- BRIGGS -CONFIDENTIAL    Exhibit 5

# Gallatin County Detention Center Incident Report / Rule Infraction

| | | | |
|---|---|---|---|
| Incident Report # | 00002783 | Case Nbr | 20150414-59 |
| Incident DateTime | 04/14/2015 16:40 | | |
| Subject | GENERAL INCIDENT | | |
| Incident | BRIGGS EYE | | |

### Inmates Involved

| Inmate # | Name |
|---|---|
| 29033 | BRIGGS, KEVIN ANTHONY |

Details of incident or rule infraction

20150414BRIGGS
I, Cpl. Lauchnor DC59, was working in the Gallatin County Detention Center on 4-14-15. In the late afternoon approximately 1640 hrs Officer Eckhardt DC18 informed me that Inmate Briggs #29033 had a black eye and that he didn't have it that morning at med pass. I reviewed our camera footage and did not see any indication that Mr. Briggs had been attacked by another inmate between med pass and when he was brought to the law library at approximately 1637 hrs when his eye was discovered.
End of Report

Action Taken     footage reviewed, no confrontation found

Recommendation     continue to monitor for self harm

_____ 59          4-16-15

Officer Signature                        Date

Lauchnor, David
Reporting Officer

_____          _____

Sergeant                              Date

## Gallatin County Detention Center Incident Report / Rule Infraction

| | | |
|---|---|---|
| Incident Report # | 00002814 | Case Nbr |
| Incident DateTime | 04/19/2015 15:00 | |
| Subject | GENERAL INCIDENT | |
| Incident | BRIGGS'S BLACK EYE | |

### Inmates Involved

| Inmate # | Name |
|---|---|
| 29033 | BRIGGS, KEVIN ANTHONY |

Details of incident or rule infraction

This report is a supplement to reports filed on April 16, 2015 by Corporal Lauchnor DC59 and Officer Eckhardt DC18, in regards to Eckhardt noticing a black eye on Inmate Briggs, Kevin #29033.

On April 18, 2015, I, Officer Kohler DC43 was working the West Housing Post at the Gallatin County Detention Center.

At approximately 1351 hours I was escorting Briggs down to the Law Library. When he came out of D-Pod I asked him what happened to his eye. Briggs told me it happened while playing basketball. Later, when Briggs was coming back from the Law Library, I overheard Briggs tell Officer Beausolell DC35 the same thing.

On April 19, 2015 I was working West Housing again when Briggs had a special visit. After his visit was complete I listened to the phone record of his visit. During the call Briggs stated, "Don't worry about the shiner, somebody hit me in the eye a week ago on Monday." Briggs also told his visitor that we (jail staff) are putting him in places where he will get hit which it forces him to fight or defend his self, making him look bad in the process.

Nothing further to report.

Action Taken

Recommendation

_43 Pfohl_

Officer Signature

_4/25/15_

Date

KOHLER, P

Reporting Officer

_SGT A WL 60_

Sergeant

_4-26-15    0924_

Date

CCJI000251- BRIGGS 12 CONFIDENTIAL

## Gallatin County Detention Center

### Disciplinary Offense Report

| | | | |
|---|---|---|---|
| Disciplinary # | 00002314 | Case Nbr | 20150422DC51-01 |
| Inmate Number | 29033 | | |
| Inmate Name | BRIGGS, KEVIN ANTHONY | Employee Name | Porter |
| Cell Assignment | D101ADA | | |

### Offense Details

| | | | |
|---|---|---|---|
| Offense Date Time | 04/22/2015 09:55 | **Offenses** | |
| Location Type | Pod | | |
| Location Description | D101 | | |

| Offense Type | Offense Code | Description |
|---|---|---|
| Minor 12 | MNV.S.12 | Care of Living Area & Housekeeping |

Offense Details

On 4/22/2015 at approximately 0955hrs I, Officer Porter DC51, was working West housing at the Gallatin County Detention Center and I announced into Inmate Briggs, Kevin # 29033 cell that the G.E.D. program was here to see him. Briggs did not respond. I called into Briggs cell multiple times and spoke louder each time. I went to check on Briggs in D101 and found that he had a cover on his intercom. This is an unsafe practice in case of an emergency. This is also a violation of the care of living by sticking or hanging things on the wall. MNV.S.12. Briggs was not locked down outside of his normal high security lock down times. Nothing follows.

Evidence Disposition

**Inmate Witnesses**

Inmate #      Name

**Employee Witnesses**

Name

_____ I waive my right to appear at the Adjustment Hearing to present my care.

_____ I request staff or inmate assistanceText

_____ I waive my right to call witnesses

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing

might be set as soon as possible.

_____ Inmate refuses to sign "preliminary hearing notification"

Inmate Signature _____        Date of Service _____

## Gallatin County Detention Center
### Disciplinary Offense Report

| | | | |
|---|---|---|---|
| Disciplinary # | 00002323 | Case Nbr | 20150427-59 |
| Inmate Number | 29033 | | |
| Inmate Name | BRIGGS, KEVIN ANTHONY | Employee Name | Lauchnor |
| Cell Assignment | D101ADA | | |

**Offense Details**

| | | | | |
|---|---|---|---|---|
| Offense Date Time | 04/13/2015 17:17 | **Offenses** | | |
| Location Type | **Pod** | Offense Type | Offense Code | Description |
| | | Major 1 | MJV.00.01a | Fighting/Physical Force |
| Location Description | DPOD DAYROOM | | | |

**Offense Details**

20150427BRIGGS
I, Cpl. Lauchnor DC 59, was working as a first line supervisor in the Gallatin County Detention Center on April 27, 2015. As part of an investigation into an injury sustained by Inmate Briggs #29033 that was discovered on April 14th I was reviewing additional footage from that time period. While reviewing footage from DPOD I observed Inmate Smith #31414 puff up his chest and lean down towards a seated Mr. Briggs while Briggs was eating his dinner at the dayroom table. Smith returned to his cell, D102, for almost a minute before coming back out, standing at his doorway and looking at Briggs. About 15 seconds after looking at Mr. Briggs, Smith set down his meal tray in his cell and charged Briggs, striking him once in the left eye. Briggs backed away from Smith after being struck and stood with the dayroom table between himself and Smith until Smith locked down. At this time Briggs took his tray to D101 and locked himself down.
Mr. Smith has been locked down in A203 pending disciplinary review. Briggs has been locked down in D101 pending disciplinary review. Both inmates are locked down for the following charge from the inmate manual:
MJV.00.01          Dangerous Conduct:
a)Fighting / Physical Force
Nothing further to repor

Evidence Disposition     CD IN DISC MAILBOX

**Inmate Witnesses**

| Inmate # | Name |
|---|---|

**Employee Witnesses**

Name

_____ I waive my right to appear at the Adjustment Hearing to present my care.

_____ I request staff or inmate assistanceText

_____ I waive my right to call witnesses

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing

might be set as soon as possible.

_____ Inmate refuses to sign "preliminary hearing notification"

Inmate Signature _____

Date of Service _____

Serving Officer Signature _____

Reporting Officer Signature _____

Shift Supervisor Signature _____

on'y   Sup

Date of Service ___4-27-15___

Date of Report ___4-27-15___

Date of Review ___4-27-15___

# GALLATIN COUNTY SHERIFF'S OFFICE
## DETENTION CENTER
## Major Rule Infraction Report

Reporting Officer: Lauchnor DC59 & Eckhardt DC18
Inmate Name/Booking Number: Briggs #29033
Inmates Cell Assignment: D101
Date/Time of Incident: 4/13 and 4/14/2015
Place of Incident: D Pod and West side hallway
Witnesses:
Other Inmate(s) Involved:

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Alleged Violation(s) of the Inmate Handbook:

MJV.00.01a - Fighting/Physical Force
MJV.00.02e - Making a False Statement

Description of Incident:
    See Report(s)

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

have received a copy of this action and have been informed of my rights to:
1. Have a hearing on: Date: n/a        Time: n/a
2. Submit a list of witnesses for the hearing.
3. Present evidence on my own behalf.
4. Obtain a lay-advisor, which will include the inmate of my choice or any staff member working on the day of the scheduled hearing if deemed necessary by the disciplinary hearing officer.
5. Notify my lay-advisor in writing, if approved, of witnesses and meet with the lay-advisor on the date of the scheduled hearing.
6. Notify the disciplinary hearing officer in writing of the request for a lay-advisor and witnesses prior to the scheduled hearing.

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the Inmate Handbook.

Date: 4/29/2015        Time: 0745        Place: D Pod

Hearing Officer: _____    Inmate Signature: _____

Exhibit B

# GALLATIN COUNTY SHERIFF'S OFFICE
# DETENTION CENTER
# Major Rule Infraction Report Hearing

Inmate Name/Booking Number: <u>Briggs #61825</u>

## Miranda Warning

You have the right to remain silent. Anything you say, can and will be held against you in a Court of Law. You have the right to talk to a lawyer and have your lawyer present while you are being questioned. If you cannot afford to hire a lawyer, one will be appointed to represent you, free of any cost to you. You can decide at any time to exercise these rights and not answer any questions or make any statement.

You should also understand that your refusal to answer any questions or make any statements can not be held against you in a Court of Law, however, your refusal to answer questions can be used as an element of guilt at this hearing.

Do you understand these rights? Knowing these rights, do you wish to talk to me?

Rights Read: YES_____ NO_   Hearing Recorded: YES_____ NO

<u>Evidence Present</u>:

<u>Witnesses</u>:

<u>Lay-Advisor</u>:

<u>Inmates Statements (if not recorded)</u>:

<u>Inmates Plea</u>: Inmate refused to enter plea

<u>Disposition Found</u>: Guilty

<u>Action Taken (explain)</u>: Lockdown 40 days, no privileges, credit for time served, out date 6/6/15

Time: <u>0745</u>          Date: <u>4/29/2015</u>          Place: <u>A Pod</u>

I have received a copy of this action and have been informed of my rights to appeal the decision, by filing a written request (on a Grievance Form) for review and my reasons for review with the Detention Center Administrator within twenty-four (24) hours.

_____          _____
Hearing Officer Signature                  Inmate Signature

**To:** Grievances/General Group
**From:**    29033   Kevin   Anthony   Briggs(Inactive)
1/17/1986
**Date:** 5/7/2015 8:32:05 PM
**Message:**
 ʒould ike to appeal my writeups or lying and being rude.


**Subject:** Fwd from cpengra : Special Request
**To:**    29033   Kevin   Anthony   Briggs(Inactive)
1/17/1986
**From:** jjarrett
**Date:** 5/7/2015 2:34:59 PM
**Message:**
On 2015-05-07 14:34:59, an admin user replied:
I have reviewed your disciplinary action.  Fighting/physical force is amended to rude and/or disrespectful
to inmate and lockdown time is amended to 10 days.  Lt. Jarrett


Original Message, sent 2015-05-03 19:56:11:
I filed a grievance saying that  I would like to appeal the findings of my writeup. I filed this within 24 hours
of the time  I received the writeup. Then  I was told that  I need to follow the procdure listed in the inmate
manual.  It says
 The inmate may appeal the decision of any disciplinary action by submitting the appeal in writing within
24 hours of the conclusion of the  Disciplinary  Hearing to the  Administrator or designee, who will review
the findings for disciplinary action and render his-her decision.
 I am unclear about what  I should have done differently. Can you please clarify for me?


**Subject:** Special Request
    :    29033   Kevin   Anthony   Briggs(Inactive)
1/17/1986
**From:** aevans
**Date:** 5/4/2015 8:52:54 PM
**Message:**
On 2015-05-04 20:52:54, an admin user replied:
I have sent you grievance about you disciplinary review to the admin in charge. Sorry about the miss
understanding. Cpl Evans


Original Message, sent 2015-05-01 11:04:27:
I filed a grievance saying that  I would like to appeal the findings of my writeup. I filed this within 24 hours
of the time  I received the writeup. Then  I was told that  I need to follow the procdure listed in the inmate
manual.  It says
 The inmate may appeal the decision of any disciplinary action by submitting the appeal in writing within
24 hours of the conclusion of the  Disciplinary  Hearing to the  Administrator or designee, who will review
the findings for disciplinary action and render his-her decision.
 I am unclear about what  I should have done differently. Can you please clarify for me?


**Subject:**
**To:**    29033   Kevin   Anthony   Briggs(Inactive)
1/17/1986
**From:** System
    ıte: 5/3/2015 10:21:45 PM
**Message:**
You have received a deposit online from InmateCanteen.Com:

TEAM Meeting
03/30/15

Briggs, Kevin (A Pod) – Went to court, has new trial date in July.

- NO RAZOR OR CLIPPERS (Can for court with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
04/06/15

Briggs, Kevin (A Pod) – Went to court, has new trial date in July.

- NO RAZOR OR CLIPPERS (Can for court with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
04/07/15

Briggs, Kevin (A Pod) – Went to court, has new trial date in July.

- NO RAZOR OR CLIPPERS (Can for court with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
04/20/15

Briggs, Kevin (A Pod) – Is asking for his charges to be dismissed for lack of a speedy trial. His request included his suicide and assault attempts in facility. Please monitor him closely. He ended up with a black eye last week just before court but staff could not find an incident on video.

- NO RAZOR OR CLIPPERS (Can for court with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

Team Meeting
04/27/15

Briggs, Kevin (A Pod) – Is asking for his charges to be dismissed for lack of a speedy trial. His request included his suicide and assault attempts in facility. Please monitor him closely. He ended up with a black eye last week just before court but staff could not find an incident on video.

- NO RAZOR OR CLIPPERS (Can for court with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

Exhibit B

TEAM Meeting
05/05/15

Briggs, Kevin (A Pod) – Was put on Ad Seg this past weekend per Lt. Jarrett.
- NO RAZOR OR CLIPPERS (Can for court with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
05/11/15

Briggs, Kevin (A Pod) – Was put on Ad Seg this past weekend per Lt. Jarrett. Some Officers have been subpoenaed to court for his speedy trial information.
- NO RAZOR OR CLIPPERS (Can for court with standby.)
- DOES NOT MOVE BELOW MEDIUM

TEAM Meeting
05/18/15

Administrative Segregation or Behavior Management Plan
Briggs – Ad Seg remain on Ad Seg at this time.

Briggs, Kevin (A Pod) – Was put on Ad Seg this past weekend per Lt. Jarrett. Some Officers have been subpoenaed to court for his speedy trial information.
- NO RAZOR OR CLIPPERS (Can for court with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
05/26/15

Administrative Segregation or Behavior Management Plan
Briggs – Ad Seg remain on Ad Seg at this time.

Briggs, Kevin (A Pod, Ad Seg) – Was put on Ad Seg this past weekend per Lt. Jarrett. Some Officers have been subpoenaed to court for his speedy trial information.
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standay.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

Exhibit B

**Subject:** Grievances
**To:** Grievances/General Group
**From:**      29033   Kevin   Anthony   Briggs(Inactive)
1/17/1986
**Date:** 5/24/2015 11:51:32 AM
  essage:
l have a toenail that doesn't grow right and it is causing me pain when I walk. All of a sudden, with nothing to preciptate it, the Lt decided that I can't cut my nails. This volates my right to personal hygiene. Please change this decision.

**Subject:** Fwd from nwaliser : Special Request
**To:**      29033   Kevin   Anthony   Briggs(Inactive)
1/17/1986
**From:** jyoung
**Date:** 5/18/2015 10:01:25 AM
**Message:**
On 2015-05-18 10:01:25, an admin user replied:
Mr. Briggs,
I've reviewed the reports and spoken to the disciplinary team regarding your grievance appeal.      The disciplinary scantions will not be overturned. In addition, based upon your recent behavior, administrative segregation is the best classification for you at this time.

Respectfully,

SSgt. Young

Original Message, sent 2015-05-15 08:14:20:
  ply to Staff Sgt. Young
  Regarding which issues I wold like addressed in the appeal, I was not being rude or disrespectful, Ofcr. Eckhart's writeup was naccurate and inappropriate, and ad segging me for protection is inappropriate when there is a pod for that.

**Subject:**
**To:**      29033   Kevin   Anthony   Briggs(Inactive)
1/17/1986
**From:** System
**Date:** 5/17/2015 9:18:19 PM
**Message:**
You have received a deposit online from InmateCanteen.Com:

**Subject:** Fwd from nwaliser : Special Request
**To:** Special Requests Group
**From:**      29033   Kevin   Anthony   Briggs(Inactive)
1/17/1986
**Date:** 5/15/2015 8:14:20 AM
**Message:**
Reply to Staff Sgt. Young
  legarding which issues I wold like addressed in the appeal, I was not being rude or disrespectful, Ofcr. Eckhart's writeup was naccurate and inappropriate, and ad segging me for protection is inappropriate when there is a pod for that.

**Subject:** Special Request

CCJI000083- BRIGGS - CONFIDENTIAL                                    Exhibit B

## Gallatin County Detention Center

### Disciplinary Offense Report

| | | | |
|---|---|---|---|
| Disciplinary # | 00002398 | Case Nbr | 00000386 |
| Inmate Number | 29033 | | |
| Inmate Name | BRIGGS, KEVIN ANTHONY | Employee Name | METCALF |
| Cell Assignment | A104ADA | | |

### Offense Details

| | | | | |
|---|---|---|---|---|
| Offense Date Time | 07/02/2015 19:15 | **Offenses** | | |
| Location Type | **Pod** | Offense Type | Offense Code | Description |
| | APOD | Major 2 | MJV.00.02e | Making a false statement |
| Location Description | | | | |

Offense Details

On July 2, 2015 at approximately 1915 hours I, DC61/Metcalf was working at the Gallatin County Detention Center (GCDC) and was stationed on the West Side when I noticed Inmate Briggs, Kevin Anthony/29033 grab something off of the floor that was passed under the door from the cell that belonged to Inmate Daems, Jeffery Allen/27400. When I approached Briggs and asked him what had been passed he gave me a ticket from a previous write up and said that Daems was reading it in his room and was only returning to Briggs. I continued to interrogate Briggs, telling him that if he told me the truth and gave me whatever had been passed under the door he would not receive a write up. Briggs assured me that there was nothing else. I then went and checked in Briggs's cell A104. While looking in the cell I was informed by DC42/Cpl. Evans that Briggs had appeared to put something around the area of the toilet before I was able to talk to him. I then noticed there was two folded up pieces of paper floating on top of the water inside the toilet. I retrieved them and brought them to Briggs. At this time I asked him why he lied to me. He only shrugged his shoulders and said he didn't know. I asked him what the pieces of paper were and he told me that he hadn't read them yet. The papers I found in the toilet matched the description of what Daems later told me had been passed. I have nothing further to report at this time. Briggs is in violation of:
MJV.00.02   Disruptive conduct:
e) Making a false statement
Briggs lied about what Daems had passed him under the cell door. It should be noted that the Inmate Manual lists this offense as a major, however I am making it a minor. Briggs will not be able to receive commissary until July 20, 2015. I have nothing further to report at this time.

Evidence Disposition

**Inmate Witnesses**                                    **Employee Witnesses**

Inmate #    Name                                   Name

_____ I waive my right to appear at the Adjustment Hearing to present my care.

_____ I request staff or inmate assistanceText

_____ I waive my right to call witnesses

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing

might be set as soon as possible.

_____ Inmate refuses to sign "preliminary hearing notification"

Inmate Signature  _____        Date of Service _____

CCJI000259- BRIGGS 2360 CONFIDENTIAL

Serving Officer Signature _____

Reporting Officer Signature _____

Shift Supervisor Signature _____

Date of Service 7-3-15

Date of Report 7-2-15

Date of Review 7-2-15

## Gallatin County Detention Center
### Disciplinary Offense Report

| | | | |
|---|---|---|---|
| Disciplinary # | 00002404 | Case Nbr | 20150708DC51-02 |
| Inmate Number | 29033 | | |
| Inmate Name | BRIGGS, KEVIN ANTHONY | Employee Name | Porter |
| Cell Assignment | A104ADA | | |

**Offense Details**

Offense Date Time 07/08/2015 15:00

**Offenses**

Location Type **Pod**

Location Description APOD

| Offense Type | Offense Code | Description |
|---|---|---|
| Minor 22 | MNV.S.22 | Detention Center Safety and Security/Minor Contrab |

Offense Details

On July 8, 2015 at approximately 1500 hrs I, Officer Porter DC 51, was working West housing at the Gallatin County Detention Center and found Inmate Briggs, Kevin #29033 repeatedly pushing the cell Intercom button while I was doing a round and Officer Moorhead DC62 was working the Sub control station. I had warned Briggs the previous day about the misuse of the intercom. I told Briggs if he continued this behavior he would receive a write up. When he continued to misuse the intercom today after being told not to and directly influencing the safety and security of the facility I went into Apod and told Briggs he was receiving a write up and that if he continued this behavior he would receive more write ups. He is in violation of MNV.S.22 (h) not following direction from staff. Briggs will be on DISC. for 23 hours. I also told Briggs If his behavior continued he would lose privileges and be on a behavior management plan if he continued the behavior he was threatening.

Evidence Disposition    AUDIO

**Inmate Witnesses**

| Inmate # | Name |
|---|---|
| | |

**Employee Witnesses**

Name

Moorhead, L

_____ I waive my right to appear at the Adjustment Hearing to present my care.

_____ I request staff or inmate assistanceText

_____ I waive my right to call witnesses

*Minor Violation, no hearing.*

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set as soon as possible.

_____ Inmate refuses to sign "preliminary hearing notification"

CCJI000256- BRIGGS - CONFIDENTIAL

Exhibit B: 1

Inmate Signature _Refused_ @ _1817_          Date of Service _____

Serving Officer Signature_____ DC/S          Date of Service _07/08/2015_

Reporting Officer Signature_____          Date of Report _7-8-2015_

Shift Supervisor Signature _____          Date of Review _7/8/15_

TEAM Meeting
06/01/15

Administrative Segregation or Behavior Management Plan
Briggs – Ad Seg remain on Ad Seg at this time.

Briggs, Kevin (A Pod, Ad Seg) – Was put on Ad Seg this past weekend per Lt. Jarrett. Some
Officers have been subpoenaed to court for his speedy trial information.

- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standay.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION
- Allowed to shave head under supervision today.

TEAM Meeting
06/08/15

Administrative Segregation or Behavior Management Plan
Briggs – Ad Seg remain on Ad Seg at this time.

Briggs, Kevin (A Pod, Ad Seg) – Still on administrative segregation.  Medical is following.  Some
Officers have been subpoenaed to court for his speedy trial information.

- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standay.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION
- Allowed to shave head under supervision today.

TEAM Meeting
06/15/15

Administrative Segregation or Behavior Management Plan
Briggs – Ad Seg remain on Ad Seg at this time. Remain the same.

Briggs, Kevin (A Pod, Ad Seg) – Still on administrative segregation.  Medical is following.  Some
Officers have been subpoenaed to court for his speedy trial information. Judge Salvagni is
considering if the charges will be dropped.

- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION
- Allowed to shave head under supervision today.

Exhibit B

TEAM Meeting
06/22/15

Administrative Segregation or Behavior Management Plan
Briggs – (Ad Seg) Remain on Ad Seg at this time. Note on whiteboard on 6/19 states Briggs is
acting out more however, no new IR's or disciplinary reports.

Briggs, Kevin (A Pod, Ad Seg) – Still on administrative segregation. Medical is following. Some
Officers have been subpoenaed to court for his speedy trial information. Judge Salvagni is
considering if the charges will be dropped. As noted above he has been acting out more but no
new IR's or disciplinary reports.
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION
- Allowed to shave head under supervision today.

TEAM Meeting
06/29/15

Administrative Segregation or Behavior Management Plan
Briggs – (Ad Seg) Remain on Ad Seg at this time. Note on whiteboard on 6/19 states Briggs is
acting out more however, no new IR's or disciplinary reports.

Briggs, Kevin (A Pod, Ad Seg) – Still on administrative segregation. Medical is following. Some
Officers have been subpoenaed to court for his speedy trial information. Judge Salvagni is
considering if the charges will be dropped. As noted above he has been acting out more but no
new IR's or disciplinary reports.
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
07/06/15

Court (trials, sentencing, other concerns)
Briggs, Kevin – Final Pretrial Conference Hearing is 07/06 at 1530 in Judge Salvagni's.

Administrative Segregation or Behavior Management Plan
Briggs – (Ad Seg) Remain on Ad Seg at this time. Note on whiteboard on 6/19 states Briggs is
acting out more however, no new IR's or disciplinary reports.

Briggs, Kevin (A Pod, Ad Seg) – Still on administrative segregation. Medical is following. Judge Salvagni ruled against his request for dismissal do to speedy trial. His trial should begin on 07/27/15.

- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

### TEAM Meeting
### 07/14/15

Administrative Segregation or Behavior Management Plan
*Briggs, Kevin* (A Pod, Ad Seg) - Remain on Ad Seg at this time. Trial begins 07/27.

Briggs, Kevin (A Pod, Ad Seg) – Still on administrative segregation. Medical is following. Judge Salvagni ruled against his request for dismissal do to speedy trial. His trial should begin on 07/27/15. He has been acting up some.

- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

### TEAM Meeting
### 07/20/15

Administrative Segregation or Behavior Management Plan

- *Briggs, Kevin* (A Pod, Ad Seg) - Remain on Ad Seg at this time. Trial begins 07/27.

Briggs, Kevin (A Pod, Ad Seg) – Still on administrative segregation. Medical is following. Judge Salvagni ruled against his request for dismissal do to speedy trial. His trial will begin on 07/27/15. Judge does not want him brought over until he calls booking. They do not want potential jurors to cross paths with Briggs. He has been acting up some.

- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

### TEAM Meeting
### 07/27/15

Court (trials, sentencing, high profile)
*Briggs: Court all Week. Don't send him until Judge calls.*

Exhibit B

Briggs, Kevin (A Pod, Ad Seg) – Still on administrative segregation.  Medical is following.  Judge Salvagni ruled against his request for dismissal do to speedy trial. His trial should begin on 07/27/15. He has been acting up some.

- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
08-03-15

Administrative Segregation or Behavior Management Plan
*Briggs, Kevin* (A Pod, Ad Seg) - Remain on Ad Seg at this time. Closing arguments today, keep I booking until MH can meet with him. *If he has an hour out in booking others must be locked down.*

Briggs, Kevin (A Pod, Ad Seg) – Still on administrative segregation.  Medical is following.

- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
08-11-15

Administrative Segregation or Behavior Management Plan
*Briggs, Kevin* (A Pod, Ad Seg) – MH cleared for housing after sentencing.

Briggs, Kevin (A Pod, Ad Seg) – Still on administrative segregation.  Medical is following.

- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
08-17-15

Administrative Segregation or Behavior Management Plan
*Briggs, Kevin* (A Pod, Ad Seg) – MH cleared for housing after sentencing.

Briggs, Kevin (A Pod, Ad Seg) – Still on administrative segregation.  Medical is following.

- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

Exhibit B

TEAM Meeting
08-24-15


Administrative Segregation or Behavior Management Plan
*Briggs, Kevin* (A Pod, Ad Seg) –  Maintain Ad Seg.

Briggs, Kevin (A Pod, Ad Seg) – Still on administrative segregation.  Medical is following.
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
08-31-15

Administrative Segregation or Behavior Management Plan
*Briggs, Kevin* (Move to D Pod) –  He will not have next trial on failure to register until December.
Is Ad Seg still appropriate, he is not causing issues. Team agrees to move him to D high class
(move his K/S). Zero tolerance if he causes any issues contact Staff Sergeant Young.

Briggs, Kevin (Moving to High Class) – Still on administrative segregation.  Medical is following.
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
09/08/15

Briggs, Kevin (Moving to High Class) – Still on administrative segregation.  Medical is following.
No incidents. Monitor closely.
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
09/14/15

Briggs, Kevin– No issues so far.  Medical is following.  No incidents. Monitor closely.
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

Exhibit B

TEAM Meeting
09/21/15

Crookedfoot, Grey, & Briggs (D Pod) – Officers are noting some odd behavior s. They sense a possible Officer Assault. They are circling when Officers are busy in the pod. Sergeants will discuss further at tonight's meeting.

Briggs, Kevin– See note above
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
09/28/15

Briggs, Kevin (D Pod) – Monitor closely.
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
10/05/15

Briggs, Kevin (D Pod) – Monitor closely.
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
10/13/15

Briggs, Kevin (D Pod) – Monitor closely.
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
10/19/15

Briggs, Kevin (D Pod) – Monitor closely. Grandmother passed away.
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

Exhibit B

TEAM Meeting
10/26/15

Court (trials, sentencing, high profile)
Briggs, Kevin – Status hearing today.  Keep an eye on him due to current behaviors.

Briggs, Kevin (D Pod) – Monitor closely. Grandmother passed away.
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION
- Trial is first part of December

TEAM Meeting
11/9/15

Briggs, Kevin (D Pod) – Monitor closely. Grandmother passed away.
- NO RAZOR (Can for court with standby.)
- CLIPPERS (Can be used with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION
- Trial is first part of December

TEAM Meeting
11/16/15

Briggs, Kevin (D Pod) – Monitor closely. Not registering as sex offender has been dismissed.
- NO RAZOR (with standby.)
- CLIPPERS (with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
11/23/15

Briggs, Kevin (D Pod) – Monitor closely. Not registering as sex offender has been dismissed.
- NO RAZOR (with standby.)
- CLIPPERS (with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
11/30/15

Briggs, Kevin (D Pod) – Monitor closely. Not registering as sex offender has been dismissed.
- NO RAZOR (with standby.)

Exhibit B

- CLIPPERS (with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

## TEAM Meeting
### 12/7/15

Briggs, Kevin (D Pod) – Monitor closely. Not registering as sex offender has been dismissed.
- NO RAZOR (ok with standby.)
- NO CLIPPERS (ok with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

## TEAM Meeting
### 12/14/15

Briggs, Kevin (D Pod) – Monitor closely. Staff have noticed he is beginning to act out again. Almost like he is baiting staff. His sentencing is 1/4/16. Officer caution.
- NO RAZOR (ok with standby.)
- NO CLIPPERS (ok with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

## TEAM Meeting
### 12/21/15

Briggs, Kevin (D Pod) – Monitor closely. Staff have noticed he is beginning to act out again. Almost like he is baiting staff. His sentencing is 1/4/16. Officer caution.
- NO RAZOR (ok with standby.)
- NO CLIPPERS (ok with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

## TEAM Meeting
### 12/28/15

Briggs, Kevin (D Pod) – Monitor closely. Staff have noticed he is beginning to act out again. Almost like he is baiting staff. His sentencing has been changed to 1/19 at 1330. Officer caution.
- NO RAZOR (ok with standby.)
- NO CLIPPERS (ok with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

Exhibit B

TEAM Meeting
01/04/16

Briggs, Kevin (D Pod) – Monitor closely. Staff have noticed he is beginning to act out again. Almost like he is baiting staff. His sentencing has been changed to 1/19 at 1330. Officer caution.

- NO RAZOR (ok with standby.)
- NO CLIPPERS (ok with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
01/11/16

Briggs, Kevin (D Pod) – Monitor closely. Staff have noticed he is beginning to act out again. Almost like he is baiting staff. His sentencing has been changed to 1/19 at 1330. Officer caution.

- NO RAZOR (ok with standby.)
- NO CLIPPERS (ok with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
01/19/16

Briggs, Kevin (D Pod) – Monitor closely. Staff have noticed he is beginning to act out again. Almost like he is baiting staff. His sentencing has been changed to 1/19 at 1330. Officer caution. When he returns from sentencing please have him visit with MH.

- NO RAZOR (ok with standby.)
- NO CLIPPERS (ok with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

TEAM Meeting
01/25/16

Briggs, Kevin (D Pod) – Monitor closely. Was sentenced to 35 years no option of parole until he serves 20 years. Officer caution.

- NO RAZOR (ok with standby.)
- NO CLIPPERS (ok with standby.)
- DOES NOT MOVE BELOW MEDIUM CLASSIFICATION

Exhibit B