IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

KEVIN BRIGGS,

        Plaintiff,

vs.

GALLATIN COUNTY and
JOHN DOES 1-8, as
individuals and in their official
capacity as detention officers,

        Defendants.

---

CAUSE NO. CV 18-0010-BU-BMM-JCL

DEPOSITION OF KEVIN BRIGGS

        Great Falls, Montana
        July 22, 2019
        10:49 A.M. - 3:13 P.M.

APPEARANCES:

FERGUSON LAW OFFICE, PLLC
Attorneys at Law
P. O. Box 8359
Missoula, Montana  59807-8359
   By:  DANIEL V. BIDDULPH
       Attorneys for the Plaintiff

STACEY & FUNYAK
Attorneys at Law
P. O. Box 1139
Billings, Montana  59103-1139
   By:  CALVIN J. STACEY and ALEX J. STACEY
       Attorneys for the Defendant

Exhibit K

**91**

1  plastic from a deodorant thing and killed himself.
2     I'm like, no, I don't really think that's a
3  good policy. Leaving somebody in there -- Somebody
4  is suffering from mental health problems and you
5  leave them in a box with nothing for weeks on end? I
6  think that's horrible. I'd get mad at somebody for
7  doing that to their dog.
8     Q  In booking, you can, you can still see out
9  into the common area, right, and maybe talk to some
10 people, or did they not let you talk to anyone?
11    A  They generally wouldn't let me talk to
12 folks. There were sometimes staff that would talk to
13 us, but for the most part, we're just in a room --
14 There is glass that we can see out, but for the most
15 part, we're just in a room by ourselves with nothing.
16 And seeing people sitting at a desk doesn't really
17 offer much comfort, especially since a lot of them
18 would be rude if we tried to talk to them anyway.
19    Q  And in booking on suicide watch, you weren't
20 allowed any reading materials or anything like that?
21    A  After a couple of -- well, after, like, a
22 week, they let me have a Bible. They also I think
23 tried to write me up for, like, making little
24 offerings of some portions of my food. It was a
25 religious thing, but they wanted me to stop making

**92**

1  religious offerings of my food and read a Bible.
2     Q  "Religious offerings" meaning you would set
3  aside an amount of your food and not eat it?
4     A  Yeah.
5     Q  So it would just be sitting in your cell,
6  essentially?
7     A  It would be sitting off in a corner of my
8  tray or I would flush it, and that would be a
9  religious sacrifice.
10    Q  They told you not to do that?
11    A  Because I can't, like, put it in a fire or
12 bury it under a tree or anything like that.
13    Q  And they told you not to do that?
14    A  Yeah.
15    Q  Do you remember who told you that?
16    A  Taylor and Clark and maybe -- I feel like
17 there was a guy with sort of a Hispanic name that
18 started with an "H." Oh, and Sergeant Miller.
19    Q  Did they give you a reason why they were
20 telling you not to do that?
21    A  I don't really recall a reason. They just
22 said, "Don't do it." And I said, "Well, this is my
23 religion here. I feel like I should have a right to
24 make religious offerings here. I'm not going to tell
25 you guys not to have a cross or do communion."

**93**

1     Q  I'll move on to May of 2014. And I
2  apologize for kind of reaching over and looking. So
3  from this, it looks like you were in a holding cell
4  after your first suicide attempt, and it looks like
5  only a day. I don't know if that -- If you could
6  confirm that. We've got some handwritten notes on
7  this saying "strangulation mark." It says April 19,
8  2014, and it says April 19, 2014, as well for the end
9  date.
10    A  Yeah. That sounds about right.
11    Q  So just a day in booking for that, and then
12 it looks like they put you back in D Pod. Does that
13 seem about right?
14    A  Uh-huh.
15    Q  The next incident reports I have are from
16 May of 2014. I think you were in D Pod during that
17 time. The first one I have is an incident where you
18 refused a couple meals in a row.
19    A  Uh-huh.
20    Q  And we've already talked about fasting and
21 your reasons for doing so. Anything different about
22 this incident compared to what you've already told
23 me?
24    A  Not to my recollection. No.
25    Q  The next one I have is the day after

**94**

1  May 8th, and there's a number of incident reports
2  from a number of different officers describing an
3  incident you had with a razor blade, maybe a couple
4  razor blades. Describe to me what was going on then
5  and what happened.
6     A  I cut my wrist and my -- I don't know why I
7  went for the crook of my elbow. That's totally got
8  the wrong blood pressure to try to bleed out from. I
9  also went for my armpit. And then I severed my
10 tongue in half, front to back, because I heard it
11 bleeds a bunch, and I was trying to bleed to death.
12       Apparently, I didn't go deep enough or
13 something. I don't know. But I kept trying to bleed
14 out and trying to, trying to run cold water over it
15 to keep it bleeding, and it wasn't working. And then
16 I guess at some point I lost consciousness and was
17 taken to the hospital. And then I was placed in
18 booking.
19       And I noticed here the date says booking --
20 or out of -- Okay. So booking 5/10, and then holding
21 cell 3. I think I was actually, I think those were
22 the same holding cell or maybe the one next to one
23 another. But either way, it was still holding cells
24 in booking.
25    Q  So you're telling me the entry May 10th,