IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN BRIGGS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY and JOHN DOES 1-8, as individuals and in their official capacities as detention officers<br><br>　　　　　　Defendants. | CV 18-10-BU-KLD<br><br>ORDER |

　　This matter is scheduled for a jury trial on Monday September 13, 2021, at the Mike Mansfield Federal Courthouse, 400 N. Main St., in Butte, Montana. Due to the ongoing threat to public health posed by COVID-19, and in light of recent increases in COVID-19 cases and hospitalizations,

　　IT IS ORDERED that all jurors, attorneys, witnesses and other participants in the jury trial in this matter must wear a mask while in public spaces within the courthouse. In addition, all persons physically present in the courtroom during the trial shall wear masks, unless the Court authorizes removal of masks for purposes

1

of providing witness testimony or other reasons as deemed necessary by the Court.

The mask, when worn, must completely cover the nose and mouth.

DATED this 8th day of September, 2021

*Kathleen DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge