IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN A. BRIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY and JOHN DOES 1-8, as individuals and in their official capacities as detention officers,<br><br>Defendants. | CV-18-10-BU-KLD<br><br>ORDER |

This matter is set for a civil jury trial on May 23, 2022 at 9:00 a.m. in Butte, Montana. Accordingly, the United States Marshals Service is directed to coordinate the transport of Mr. Briggs from his place of incarceration to the United States District Court for the District of Montana, Butte Division to attend this civil jury trial. Mr. Briggs should be provided non-prison attire for trial.

DATED this 20th day of April, 2022.

Kathleen L. DeSoto
United States Magistrate Judge