UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN BRIGGS,<br><br>    Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY,<br><br>    Defendant. | CV-18-010-BU-KLD<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

DATED this 20th day of May, 2022.

_____
Honorable Kathleen L. Desoto
United States Magistrate Judge