IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN BRIGGS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY and JOHN DOES 1-8, as individuals and in their official capacities as detention officers,<br><br>　　　　　Defendants. | CV 18-10-BU-KLD<br><br><br>ORDER |

On May 23, 2022, Montana Department of Corrections Director Brian Gootkin filed a motion to quash Plaintiff Kevin Briggs' third-party subpoena pursuant to Federal Rule of Civil Procedure 45. (Doc. 177). For the reasons stated in open court today,

IT IS ORDERED that the motion to quash is GRANTED.

DATED this 24th day of May, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1