IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN BRIGGS,<br><br>  Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY and JOHN DOES 1-8, as individuals and in their official capacities as detention officers,<br><br>  Defendants. | CV 18-10-BU-KLD<br><br>ORDER |

On May 6, 2022, Plaintiff Kevin Briggs filed a motion to exclude the expert witness testimony of Dr. Bowman Smelko. (Doc. 164). For the reasons stated in open court on May 23, 2022,

IT IS ORDERED that the Plaintiff's motion to exclude is DENIED.

DATED this 24th day of May, 2022.

_Kathleen DeSoto_
Kathleen L. DeSoto
United States Magistrate Judge

1