IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN BRIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY and JOHN DOES 1-8, as individuals and in their official capacity as detention officers,<br><br>Defendants. | CV 18-10-BU-KLD<br><br>SPECIAL VERDICT FORM |

We the Jury in the above-entitled matter, having been duly sworn, find as follows:

1. Did the February 2015 deprivation of due process rights by Gallatin County by failing to provide a written statement of evidence or reasons for disciplinary action cause compensatory injury or damages to Kevin Briggs, or only nominal damages to Kevin Briggs?

    **ANSWER** (complete only one):

    Compensatory Damages        $ _____

    OR

    Nominal Damages             $ _0.01_

2. Did the April 2015 deprivation of due process rights by Gallatin County by failing to provide a written statement or reasons for disciplinary action

cause compensatory injury or damages to Kevin Briggs, or only nominal damages to Kevin Briggs?

**ANSWER** (complete only one):

    Compensatory Damages      $ _____

        OR

    Nominal Damages      $ _0.01_

3. Did Gallatin County violate the due process rights of Kevin Briggs by not permitting him to call witnesses in his defense in February of 2015?
**ANSWER:** YES____ NO _X_

4. Did Gallatin County violate the due process rights of Kevin Briggs by arbitrarily refusing to allow Briggs to review video evidence for his defense in the February 2015 disciplinary hearing?
**ANSWER:** YES____ NO _X_

5. Did Gallatin County violate the due process rights of Kevin Briggs in April of 2015 by finding him guilty of fighting?
**ANSWER:** YES____ NO _X_

6. Did Gallatin County violate the due process rights of Kevin Briggs by keeping him in administrative segregation for punitive reasons after the April 2015 disciplinary sentence ended?
**ANSWER:** YES____ NO _X_

7. Did Gallatin County violate the due process rights of Kevin Briggs by failing to protect him?
**ANSWER:** YES____ NO _X_

*If the answer to any of the above questions 3-7 is "Yes," please answer question (8), otherwise go to the end of the Verdict Form and have the Foreperson sign it.*

8. Did that deprivation of rights by Gallatin County cause compensatory injury or damages to Kevin Briggs, or only nominal damages to Kevin Briggs?

**ANSWER** (complete only one):

    Compensatory Damages      $ _____

        OR

    Nominal Damages      $ _____

Please have the foreperson sign and date this Special Verdict and notify the bailiff you have completed your deliberation.

Signed: *[Foreperson signature redacted. Original document filed under seal.]*

Foreperson (Printed Name): *[Foreperson signature redacted. Original document filed under seal.]*

Dated: 5/27/2022