UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN BRIGGS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY,<br><br>　　　　　　Defendant. | Case No. CV-18-010-BU-KLD<br><br>JUDGMENT IN A CIVIL CASE |

**　X　　Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Special Verdict Form rendered on May 27, 2022, Document No. 197.

　　　Dated this 31st day of May, 2022.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Annie Puhrmann
　　　　　　　　　　　　　　Annie Puhrmann, Deputy Clerk