Kevin Briggs 2060493
Montana State Prison
700 Conley Lake Road
Deer Lodge, MT 59722

Plaintiff, pro se

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN BRIGGS,<br><br>    Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY,<br><br>    Defendants. | Case No. 18-0010-BU-KLD<br><br>Hon. Judge Kathleen DeSoto<br><br>PLAINTIFF'S CONSENT TO WITHDRAW AND MOTION TO PROCEED PRO SE |

COMES NOW Kevin Briggs, Plaintiff, and respectfully consents to the amicable withdrawal of counsel Benjamin Darrow. Plaintiff also respectfully requests for the Court to please grant permission for Briggs to proceed pro se so as to consider Plaintiff's timely Rule 59 Motion for a New Trial and to Alter or Amend Judgment, as well as forthcoming Notice of Appeal.

Respectfully submitted this 28th day of June, 2022.

                                                Kevin A. Briggs
                                                Plaintiff, pro se