Benjamin M. Darrow
DARROW LAW, PLLC
415 N. Higgins, Suite 2
PO Box 7238
Missoula, MT 59807
Telephone: (406) 647-0417
Fax: (406) 369-6214
ben@darrowlawmt.com
    *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| KEVIN BRIGGS,<br><br>    Plaintiff,<br><br>-vs-<br><br>GALLATIN COUNTY and JOHN DOES 1-8, as individuals and in their official capacity as detention officers,<br><br>    Defendants. | Case No.: 18-0010-BU-KLD<br><br>**PLAINTIFF'S NOTICE OF MOTION & MOTION FOR ATTORNEYS FEES** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Plaintiff Kevin Briggs, by and through his Attorney, Benjamin M. Darrow, hereby move the Court for an award of reasonable attorney's fees as the prevailing parties, pursuant to 42 U.S.C. §§ 1983 and 1988.

This motion is based upon this Notice, the contemporaneously filed Brief in Support and Memorandum of Points and Authorities, the concurrently filed

Declaration in support, the attached exhibits, the pleadings and records on file in this action, and any such authorities and arguments as may be presented in any reply and at the hearing on this motion.

DATED this <u>29 </u>day of <u>June</u>, 2022.

>                DARROW LAW, PLLC
>
>                By<u>  /s/Benjamin M. Darrow</u>_____
>                        Benjamin M. Darrow
>                        *Attorney for Plaintiff Briggs*

## CERTIFICATE OF SERVICE

I hereby certify that on 29 day of June, 2022 a copy of the foregoing document was served via court CM/ECF and mailed to the following persons:

>Calvin J. Stacey
>Morgan M. Sorena
>Stacey & Funyak
>PO Box 1139
>Billings, MT 59103
>406-259-4545
>cstacey@staceyfunyak.com
>msorena@staceyfunyak.com

By /s/Benjamin M. Darrow
Benjamin M. Darrow
Attorney for Plaintiff