Benjamin M. Darrow
DARROW LAW, PLLC
415 N. Higgins, Ste. 2
PO Box 7235
Missoula, MT 59807
Telephone: (406) 647-0417
Fax: (406) 369-6214
ben@darrowlawmt.com
　　　*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KEVIN BRIGGS,<br><br>　　Plaintiff,<br><br>　　-vs-<br><br>GALLATIN COUNTY and JOHN DOES 1-8, as individuals and in their official capacity as detention officers,<br><br>　　Defendants. | Case No.: 18-0010-BU-KLD<br><br>**NOTICE OF APPEAL** |

　　NOTICE is hereby given that Kevin Briggs, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit form the Judgement of the Court entered in this action on the 31st of May, 2022.

　　RESPECTFULLY SUBMITTED this 30th day of June, 2022.

　　　　　　　　　　　　　　　　　By /s/Benjamin M. Darrow_____
　　　　　　　　　　　　　　　　　　　Benjamin M. Darrow
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on 30th day of June, 2022 a true and correct copy of the foregoing ***NOTICE OF APPEAL*** was served upon the following person(s) by the following means:

```
 X  CM/ECF
___ Hand Delivery
 X  Mail
___ Email
```

| | |
|---|---|
| Calvin J. Stacey<br>Morgan M. Sorena<br>Stacey & Funyak<br>PO Box 1139<br>Billings, MT 59103<br>406-259-4545<br>cstacey@staceyfunyak.com<br>msorena@staceyfunyak.com | CM/ECF |
| Kevin Briggs<br>400 Conley Lake Road<br>Deer Lodge, MT 59722 | First Class Mail |

By /s/Benjamin M. Darrow
Benjamin M. Darrow
*Attorney for Plaintiff*